From:ups store            775 392 4273            03/17/2023 07:07          #941 P.001/007

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known) _____ Chapter **7**

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual         12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**    *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**    GUARDIAN FUND, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   unknown
   EIN

5. **Debtor's address**

   **Principal place of business**

   5440 Louie Lane, Suite 106
   Number      Street

   Reno NV 89511-0000
   City            State      Zip Code

   Washoe
   County

   **Mailing address, if different**

   Number      Street

   P.O. Box

   City            State      Zip Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City            State      Zip Code

6. **Debtor's website (URL)**    www.HughesCapital.com (Manager)

7. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**    *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Debtor **GUARDIAN FUND, LLC** _____          Case number *(if known)* _____

- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☒ No
   ☐ Yes. Debtor _____  Relationship _____
              District _____ Date filed _____ Case number, if known _____
                                              MM / DD / YYYY

              Debtor _____  Relationship _____
              District _____ Date filed _____ Case number, if known _____
                                              MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**    Check one:

    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Lebo and Merrill Newman | unsecured | $25000 |
|  |  | $ |
|  |  | $ |
| The Wendell and Nancy King Family Trust | unsecured | $8000 |
|  |  | $ |
|  |  | $ |
| The AMP'd Group | unsecured | $5000 |
|  |  | $ |
|  |  | $ |
| Westward Corporation | unsecured | $1000000 |
|  |  | $ |
|  |  | $ |
| The July 29, 1995 Oliver Family Trust | unsecured | $636000 |
|  |  | $ |
|  |  | $ |
| The 1/31/95 Oliver Charitable | unsecured | $451000 |

Debtor  GUARDIAN FUND, LLC                                          Case number (if known)

|  |  |  |
|---|---|---|
|  |  | $ |
|  |  | $ |
| The Newman Family 2020 Trust | unsecured | $5354000 |
|  |  | $ |
|  |  | $ |
| The Newman 2019 Irrevocable Trust | unsecured | $967000 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $8446000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4    Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                    **Attorneys**

Name and mailing address of petitioner
**Lebo and Merrill Newman**
Name

**4795 Franktown Road**
Number   Street

**Washoe Valley NV 89704-0000**
City                      State       Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number   Street

City                      State       Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **March 16, 2023**
               MM / DD / YYYY

/s/
Signature of petitioner or representative, including representative's title

Jeffrey L. Hartman, Esq.
Printed name

Hartman & Hartman
Firm name, if any
510 W. Plumb Lane
Suite B
Number   Street
**Reno NV 89509-0000**
City                         State       Zip Code
Contact phone                Email   notices@bankruptc
             775-324-2800            yreno.com

Bar number    1607

State         NV

/s/ Jeffrey L. Hartman, Esq.
Signature of attorney
Date signed   **March 16, 2023**
              MM / DD / YYYY

**Petitioners or Petitioners' Representative**                    **Attorneys**

Name and mailing address of petitioner
**The Wendell and Nancy King Family Trust**
Name

**6759 Alicante Ct.**
Number   Street
**Reno NV 89523-0000**

Jeffrey L. Hartman, Esq.
Printed name

Hartman & Hartman
Firm name, if any
510 W. Plumb Lane

Official Form 205                 Involuntary Petition Against a Non-Individual                        page 3

| Debtor | GUARDIAN FUND, LLC | | Case number *(if known)* | |

| City | State | Zip Code |
|---|---|---|

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **March 16, 2023**
                 MM / DD / YYYY

/s/ *Wendell King, TTEE*
Signature of petitioner or representative, including representative's title

| | Suite B |
|---|---|
| | Number  Street |
| | **Reno NV 89509-0000** |
| | City      State      Zip Code |
| | Contact phone  **775-324-2800**   Email  **notices@bankruptcyreno.com** |
| | Bar number  **1607** |
| | State  **NV** |

/s/ **Jeffrey L. Hartman, Esq.**
Signature of attorney
Date signed    **March 16, 2023**
                 MM / DD / YYYY

### Petitioners or Petitioner's Representative | Attorneys

**Name and mailing address of petitioner**
**The AMP'd Group**
Name

**4795 Franktown Road**
Number    Street

**Washoe Valley NV 89704-0000**
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **March 16, 2023**
                 MM / DD / YYYY

/s/
Signature of petitioner or representative, including representative's title

**Jeffrey L. Hartman, Esq.**
Printed name

**Hartman & Hartman**
Firm name, if any
**510 W. Plumb Lane**
**Suite B**
Number  Street
**Reno NV 89509-0000**
City      State      Zip Code
Contact phone  **775-324-2800**   Email  **notices@bankruptcyreno.com**
Bar number  **1607**
State  **NV**

/s/ **Jeffrey L. Hartman, Esq.**
Signature of attorney
Date signed    **March 16, 2023**
                 MM / DD / YYYY

### Petitioners or Petitioner's Representative | Attorneys

**Name and mailing address of petitioner**
**Westward Corporation**
Name

**6900 S. McCarran Blvd, Ste. 3040**
Number    Street

**Reno NV 89509-0000**
City    State    Zip Code

**Jeffrey L. Hartman, Esq.**
Printed name

**Hartman & Hartman**
Firm name, if any
**510 W. Plumb Lane**
**Suite B**
Number  Street
**Reno NV 89509-0000**

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor    **GUARDIAN FUND, LLC**                                    Case number (if known)

| | | | |
|---|---|---|---|
| City | State | Zip Code | |

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **March 16, 2023**
                MM / DD / YYYY

/s/
Signature of petitioner or representative, including representative's title

**Suite B**
Number    Street
**Reno NV 89509-0000**
City                                State        Zip Code
Contact phone                       Email        notices@bankruptc
            **775-324-2800**                     yreno.com

Bar number    **1607**

State    **NV**

**/s/ Jeffrey L. Hartman, Esq.**
Signature of attorney

Date signed    **March 16, 2023**
                MM / DD / YYYY

---

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**The AMP'd Group**
Name

**4795 Franktown Road**
Number    Street

**Washoe Valley NV 89704-0000**
City    State    Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **March 16, 2023**
                MM / DD / YYYY

/s/  [signature]
Signature of petitioner or representative, including representative's title

### Attorneys

**Jeffrey L. Hartman, Esq.**
Printed name

**Hartman & Hartman**
Firm name, if any
**510 W. Plumb Lane
Suite B**
Number    Street
**Reno NV 89509-0000**
City                                State        Zip Code
Contact phone                       Email        notices@bankruptc
            **775-324-2800**                     yreno.com

Bar number    **1607**

State    **NV**

**/s/ Jeffrey L. Hartman, Esq.**
Signature of attorney

Date signed    **March 16, 2023**
                MM / DD / YYYY

---

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**Westward Corporation**
Name

**6900 S. McCarran Blvd, Ste. 3040**
Number    Street

**Reno NV 89509-0000**
City    State    Zip Code

### Attorneys

**Jeffrey L. Hartman, Esq.**
Printed name

**Hartman & Hartman**
Firm name, if any
**510 W. Plumb Lane
Suite B**
Number    Street
**Reno NV 89509-0000**

| | |
|---|---|
| Debtor **GUARDIAN FUND, LLC** | Case number *(if known)* |

**Name and mailing address** of petitioner's representative, if any

Name: *WARD CHILTON, PRESIDENT*
*WESTWARD CORPORATION*

Number / Street: *1900 MANZANITA LN.*

City: *RENO*   State: *NV*   Zip Code: *89509*

City: 
Contact phone **775-324-2800**
State:
Email **notices@bankruptcyreno.com**
Bar number **1607**
State **NV**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **March 16, 2023**
MM / DD / YYYY

/s/ *Ward Chilton, PRESIDENT*
Signature of petitioner or representative, including representative's title

/s/ **Jeffrey L. Hartman, Esq.**
Signature of attorney
Date signed **March 16, 2023**
MM / DD / YYYY

---

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
**The July 29, 1995 Oliver Family Trust**
Name

**1550 Del Monte Lane**
Number Street

**Reno NV 89511-0000**
City State Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State Zip Code

**Jeffrey L. Hartman, Esq.**
Printed name

**Hartman & Hartman**
Firm name, if any
**510 W. Plumb Lane**
**Suite B**
Number Street
**Reno NV 89509-0000**
City State Zip Code
Contact phone **775-324-2800**
Email **notices@bankruptcyreno.com**
Bar number **1607**
State **NV**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **March 16, 2023**
MM / DD / YYYY

/s/
Signature of petitioner or representative, including representative's title

/s/ **Jeffrey L. Hartman, Esq.**
Signature of attorney
Date signed **March 16, 2023**
MM / DD / YYYY

---

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
**The 1/31/95 Oliver Charitable**
Name

**Remainder Unitrust**
**1550 Del Monte Lane**
Number Street
**Reno NV 89511-0000**
City State Zip Code

**Name and mailing address of petitioner's representative, if any**

**Jeffrey L. Hartman, Esq.**
Printed name

**Hartman & Hartman**
Firm name, if any
**510 W. Plumb Lane, Suite B**
Number Street
**Reno, NV 89509-0000**
City State Zip Code
Contact phone **775-324-2800**
Email **notices@bankruptc**

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 5

Debtor **GUARDIAN FUND, LLC**  
Case number *(if known)*

| | |
|---|---|
| | 775-324-2800 |
| | notices@bankruptcyreno.com |
| Bar number | 1607 |
| State | NV |

Name

Number    Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **March 16, 2023**
MM / DD / YYYY

**/s/**
Signature of petitioner or representative, including representative's title

**/s/ Jeffrey L. Hartman, Esq.**
Signature of attorney
Date signed **March 16, 2023**
MM / DD / YYYY

---

**Petitioners or Petitioners' Representative**    **Attorneys**

**Name and mailing address of petitioner**
**The Newman Family 2020 Trust**
Name

**4795 Franktown Road**
Number    Street

**Washoe Valley NV 89704-0000**
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **March 16, 2023**
MM / DD / YYYY

**/s/**
Signature of petitioner or representative, including representative's title

**Jeffrey L. Hartman, Esq.**
Printed name

**Hartman & Hartman**
Firm name, if any

**510 W. Plumb Lane**
**Suite B**
Number    Street

**Reno NV 89509-0000**
City    State    Zip Code

Contact phone **775-324-2800**    Email **notices@bankruptcyreno.com**

Bar number **1607**

State **NV**

**/s/ Jeffrey L. Hartman, Esq.**
Signature of attorney
Date signed **March 16, 2023**
MM / DD / YYYY

---

**Petitioners or Petitioners' Representative**    **Attorneys**

**Name and mailing address of petitioner**
**The Newman 2019 Irrevocable Trust**
Name

**4795 Franktown Road**
Number    Street

**Washoe Valley NV 89704-0000**
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

**Jeffrey L. Hartman, Esq.**
Printed name

**Hartman & Hartman**
Firm name, if any

**510 W. Plumb Lane**
**Suite B**
Number    Street

**Reno NV 89509-0000**
City    State    Zip Code

Contact phone **775-324-2800**    Email **notices@bankruptcyreno.com**

Official Form 205    Involuntary Petition Against a Non-Individual    page 6

| | |
|---|---|
| Debtor **GUARDIAN FUND, LLC** | Case number *(if known)* |

Number    Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **March 16, 2023**
MM / DD / YYYY

**/s/**
Signature of petitioner or representative, including representative's title

Bar number **1607**

State **NV**

**/s/ Jeffrey L. Hartman, Esq.**
Signature of attorney

Date signed **March 16, 2023**
MM / DD / YYYY