STEPHEN R. HARRIS, ESQ. NVB 1463
Email: steve@harrislawreno.com
NORMA GUARIGLIA, ESQ. NVB 16244
Email: norma@harrislawreno.com
HARRIS LAW PRACTICE LLC
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600
Attorneys for Alleged Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

GUARDIAN FUND, LLC,

Alleged Debtor.

/

Case No.: BK-23-50177-nmc
(Involuntary Chapter 7)

**CORPORATE OWNERSHIP
STATEMENT (RULE 7007.1)**

Hearing Date:  N/A
Hearing Time:

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for GUARDIAN FUND, LLC, a Nevada limited liability company, Alleged Debtor in the above captioned action, certifies that the following is a corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

El Monte Capital, Inc.                          Manager and sole voting member
3810 Vista Lucci
Reno, NV 89519

Hughes Private Capital, Inc.                 Former manager and sole voting member
fka Hughes Private Capital, LLC
5440 Louie Lane
Suite 106
Reno, NV 89511

Dated: April 24, 2023.

HARRIS LAW PRACTICE LLC

*/s/ Norma Guariglia*

NORMA GUARIGLIA, ESQ.
Attorneys for Alleged Debtor
Guardian Fund, LLC

HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
775 786 7600

2