NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | | **PROOF OF INTEREST** |
|---|---|---|
| Name of Debtor: **Guardian Fund, LLC** | Case Number: Lead BK -23-50177-hlb Substantively Consolidated with: BK-23-50233-hlb | |

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):
   Gary Gilberg and Karyn Freested Family Trust
   c/o Gary Gilberg and Karyn Freested as Trustees
   11050 Palisades Drive
   Truckee, CA 96161

   Telephone Number: (530) 448-4821

   ☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   ☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

   ☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

   **COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor: 0000577

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest: Gary Gilberg and Karyn Freested Family Trust
   c/o Gary Gilberg and Karyn Freested as Trustees
   11050 Palisades Drive, Truckee, CA 96161
   Telephone Number: (530) 448-4821

3. Date Equity Interest was acquired: October 2020

4. Total amount of member interest: $200,000.00

5. Certificate number(s): _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ■ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   Description: _____

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. Signature:
Check the appropriate box.
■ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Karyn Freested
Title: Trustee
Company:___ Address and telephone number (if different from notice address above):
Gary Gilberg and Karyn Freested Family Trust

(Signature)  *Karyn Freested*   8/14/2023 (Date)

Telephone number: (530) 448-4821    email: kfreested@gmail.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| | |
|---|---|
| IN RE:<br><br>GUARDIAN FUND, LLC;<br><br>                    Debtor. | Lead Case No. BK-23-50177-hlb<br>Chapter 11<br><br>Substantively Consolidated with:<br>Case No. BK- 23-50233-hlb<br>Chapter 11<br><br>**ATTACHMENT TO PROOF OF INTEREST FILED BY CREDITORS GARY GILBERG AND KARYN FREESTED AS TRUSTEES OF THE GARY GILBERG AND KARYN FREESTED FAMILY TRUST** |

In October of 2020, Creditors Gary Gilberg and Karyn Freested as Trustees of the Gary Gilberg and Karyn Freested Family Trust ("Gilberg and Freested Trust") invested an initial amount of $200,000 for membership interest in Guardian Fund, LLC ("Debtor"). (Exhibit 1, Capital Investment Statement, Sept. 2022.)

Based upon terms of the investment, the Gilberg and Freested Turst's capital investment account was to be allocated net profits or losses proportional to its allocation percentage, determined at the beginning of each month[1]. Based upon statements from Debtor, the Gilberg and Freested Trust was initially assigned account number G1207 and later assigned 0000577. (Exhibit 2, Capital Investment Statement, Feb. 2022.) Additionally, the Gilberg and Freested Trust opted to receive 100% of its allocated monthly dividends. (Exhibit 1 at Dividends Paid to Date.)

The Gilberg and Freested Trust was advised that its principal investment and capital account balance were both $200,000.00, as of September 30, 2022. *Id.* at Principal Investment and Current Balance. Debtor did not fully detail how it reached the balance listed on the September 2022 Statement and it was the last statement received by the Gilberg and Freested Trust from Debtor.

As of March 17, 2023, the effective petition date, Debtor owed $200,000.00, not including pro-rata profits for the period of October 1, 2022 to March 16, 2023.

Attached is the following exhibit.
1. Guardian Capital Investment Statement for Account 0000577, Sept. 2022
2. Guardian Capital Investment Statement for Account G1207, Feb. 2022

The Gilberg and Freested Trust reserves the right to supplement and revise to reflect additional pro-rata profit allocations. Additional documentation or information may be available upon request.

---

[1] This is a general reference to terms in Debtor's Confidential Private Placement Memorandum.

# Guardian
## Capital Investment Statement

GUARDIAN, LLC

**Account #:** 0000577

**Investor Name:** Gary Gilberg and Karyn Freested Family Trust

**Statement Date:** September 2022

G1207

| TRANSACTION | AMOUNT |
|---|---|
| Principal Investment | $200,000.00 |
| Previous Monthly Balance | $200,000.00 |
| Profit Allocation | $989.42 |
| New Investment | $- |
| Withdrawal | $- |
| Reinvestments | |
| Pro-Rated Interest | $- |
| Dividend | $(989.42) |
| Current Balance | $200,000.00 |
| Dividends Paid to Date | $28,860.23 |
| Distributions Paid to Date | $- |

Actual Historical Performance Summary of Hughes Capital Buy and Hold Fund



Hughes Capital Buy and Hold fund
Per $100,000 invested in March 2017

- Hughes Buy and Hold Fund
- 10 Year Treasury Bond
- S&P 500
- Dow Jones Industrial Average

$157,598

**Monthly Net Returns**



Investor's actual depreciation tax benefits may vary, depending on method of investment.

**Hughes Private Capital**
5440 Louie Lane, Ste. 106 | Reno, NV 89511
775.297.4970 | Investing@HughesCapital.com



# Guardian
## Capital Investment Statement

**GUARDIAN, LLC**

| | |
|---|---|
| Account #: | G1207 |
| Investor Name: | Gary Gilberg and Karyn Freested Family Trust |
| Statement Date: | February 2022 |

| TRANSACTION | AMOUNT |
|---|---|
| Principal Investment | $200,000.00 |
| Previous Monthly Balance | $200,000.00 |
| Profit Allocation | $1,244.77 |
| New Investment | |
| Reinvestments | |
| Pro-Rated Interest | $- |
| Dividend | $(1,244.77) |
| Current Balance | $200,000.00 |
| Dividends Paid to Date | $21,089.87 |
| Distributions Paid to Date | $- |

Actual Historical Performance Summary of Hughes Capital Buy and Hold Fund



Hughes Capital Buy and Hold Fund Per $100,000 Invested in March 2017
- Hughes Buy and Hold Fund
- 10 Year Treasury Bond
- S&P 500
- Dow Jones Industrial Average

$150,802.11

**Monthly Net Returns**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Compounded Annualized Returns Total | With Depreciation Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | 0.60 | 0.62 | | | | | | | | | | | 7.53% | 8.93% |
| 2021 | 0.61 | 0.64 | 0.57 | 0.66 | 0.68 | 0.67 | 0.63 | 0.63 | 0.64 | 0.63 | 0.55 | 0.59 | 7.87% | 9.27% |
| 2020 | 0.69 | 0.70 | 0.64 | 0.72 | 0.63 | 0.70 | 0.70 | 0.70 | 0.61 | 0.61 | 0.61 | 0.59 | 8.16% | 9.59% |
| 2019 | 0.76 | 0.76 | 0.72 | 0.72 | 0.76 | 0.61 | 0.76 | 0.79 | 0.67 | 0.62 | 0.66 | 0.65 | 8.66% | 10.06% |

Investor's actual depreciation tax benefits may vary, depending on method of investment.

**Hughes Private Capital**
5440 Louie Lane, Ste. 106  |  Reno, NV  89511
775.297.4970  |  Investing@HughesCapital.com


Hughes PRIVATE CAPITAL