NVB 3001 (Effective 1/21)

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA | **PROOF OF INTEREST** |
|---|---|

Name of Debtor: **Guardian Fund, LLC**

Case Number: Lead BK -23-50177-hlb
Substantively Consolidated with:
BK-23-50233-hlb

1. **Name and address of holder of the Equity Interest** (the person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interest holder"):
   Kenneth & Karen Degney Trust
   Kenneth Degney, Trustee and Kaen Degney, Trustee
   2427 Iron Square Drive
   Reno, NV 89521

   Telephone Number: (775) 233-5521

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or the Debtors in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the Debtors.

**COURT USE ONLY**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subsection (a) or (b) herein.

Account or other number by which Interest holder identifies Debtor:
0000956

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated: _____
☐ amends a previously filed Proof of Interest dated: _____

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
   Kenneth & Karen Degney Trust
   Kenneth Degney, Trustee and Kaen Degney, Trustee
   2427 Iron Square Drive, Reno, NV 89521
   Telephone Number: (775) 233-5521

3. **Date Equity Interest was acquired:** October 2021

4. **Total amount of member interest:** $52,820.32

5. **Certificate number(s):** _____

6. **Type of Equity Interest:**
   Please indicate the type of Equity Interest you hold:
   ☑ Check this box if your Equity Interest is based on an actual member interest held in the Debtor.
   ☐ Check this box if your Equity Interest is based on anything else and describe that interest:
   **Description:** _____

7. **Supporting Documents**: Attach copies of supporting documents, such as stock certificates, option agreements, warrants, etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your Proof of Interest, enclose a stamped, self-addressed envelope and copy of this Proof of Interest.

9. **Signature:**
Check the appropriate box.
☐ I am the creditor.   ☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, endorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Louis M. Bubala III
Title: Counsel for Creditor Kenneth & Karen Degney Trust
Company: Address and telephone number (if different from notice address above):
Kaempfer Crowell, 50 W. Liberty Street, Suite 700, Reno, NV 89501
(775) 852-3900

/s/ Louis M. Bubala III     08/14/2023
(Signature)                  (Date)

Telephone number: (775) 852-3900     email: lbubala@kcnvlaw.com

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

| | |
|---|---|
| IN RE:<br><br>GUARDIAN FUND, LLC;<br><br>               Debtor. | Lead Case No. BK-23-50177-hlb<br>Chapter 11<br><br>Substantively Consolidated with:<br>Case No. BK- 23-50233-hlb<br>Chapter 11<br><br>**ATTACHMENT TO PROOF OF INTEREST FILED BY CREDITOR KENNETH & KAREN DEGNEY TRUST** |

      During October of 2021, Creditor Kenneth & Karen Degney Trust, through co-trustees Kenneth and Karen Degney ("Degney Trust") invested for membership interest in Guardian Fund, LLC ("Debtor"). (Exhibit 1, Email re Investor Statements – October, Dec. 13, 2021.) Degney Trust does not have a copy of its subscription agreement with Debtor at this time, but will supplement upon receipt. Any following reference to terms are general and based upon several subscription agreements entered by Debtor with other creditors and Debtor's Private Placement Memorandum offering materials.

      On December 13, 2021, Hughes Private Capital ("Hughes"), former manager of Debtor, issued a statement for October 2021. *Id.* As seen in further emails between Hughes and Degney Trust, Debtor assigned Degney Trust capital investment account number 0000956. (Exhibit 2, Email HPC Investor Statement – September, Nov. 10, 2022.) Based upon terms of the investment, Degney Trust's capital investment account was to be allocated net profits or losses proportional to its allocation percentage, determined at the beginning of each month[1]. Additionally, Degney Trust opted to re-invest its pro-rata share of monthly profits instead of taking monthly dividend payments.

      On November 3, 2022, Karen Degney as Trustee of the Degney Trust followed up for an accounting of its investment with Debtor. She was advised by Hughes that the Degney Trust's capital account balance was $52,820.32 as of August 30, 2022. (Exhibit 3, Emails re Degney Questions, Nov. 3, 2022.) Neither Hughes nor Debtor detailed how the balanced listed in the November 3, 2022 email was reached.

      A few days later on November 10, 2022, Degney Trust received an email containing a capital account statement for September 2022 which was the last statement received by Degney Trust from Debtor. (Exhibit 2, Email HPC Investor Statement – September, Nov. 10, 2022.) Degney Trust does not have access to this statement at this time. Due to this, Degney Trust reserves the right to supplement and amend with further information on its account balance.

      As of March 17, 2023, the effective petition date, Debtor owed at least $52,820.32, not including pro-rata profits allocations for the period of September 1, 2022 to March 16, 2023.

Attached are the following exhibits.
1.    Email re Investor Statements – October, Dec. 13, 2021
2.    Email HPC Investor Statement – September, Nov. 10, 2022
3.    Emails re Degney Questions, Nov. 3, 2022

---

[1] This is a general reference to terms in Guardian's Confidential Private Placement Memorandum.

Degney Trust reserves the right to supplement and revise to reflect additional pro-rata profit allocations. Additional documentation or information may be available upon request.

# EXHIBIT 1

EXHIBIT 1

**From:** Julie Schmidt Julie@hughescapital.com 
**Subject:** Investor Statements - October 2022
**Date:** December 13, 2021 at 3:03 PM
**To:** karen.degney@me.com

Good Afternoon,

Please see your October investor Statement. If you have any questions, please don't hesitate to reach out to our team directly.

I hope you have a great week!

**IR Administrator**
**Email:** investorrelations@hughescapital.com
**Phone:** (775) 446-5613
5440 Louie Lane, Reno NV 89511
**Mailing Address:** Suite 106
**Investor Relations Office:** Suite 102



*Nothing in this email should be interpreted as representing an offer to buy or sell any security or investment from us. Any such offer or solicitation may only be made through our Offering Documentation ("Offering"), available only to Accredited Investors with a minimum of $25,000 or more for investment. In addition, while marketing material in this email could be interpreted as including forward-looking statements, those statements can only be read within the context of disclaimers contained in the Offering.*

# EXHIBIT 2

# EXHIBIT 2

**From:** Hughes Capital Investing invest@hughescapital.com 
**Subject:** HPC Investor Statement - September
**Date:** November 10, 2022 at 10:06 AM
**To:** Karen Degney  karen.degney@me.com

Hello,

Please see your attached September investor statement. If you have any questions, please do not hesitate to reach out to our team directly.

Have a great week,

**Investor Relations Administrator**
**Email:** invest@hughescapital.com
**Phone:** (775) 446-5613
5440 Louie Lane, Reno NV 89511
**Mailing Address:** Suite 106
**Investor Relations Office:** Suite 102



*Nothing in this email should be interpreted as representing an offer to buy or sell any security or investment from us.  Any such offer or solicitation may only be made through our Offering Documentation ("Offering"), available only to Accredited Investors with a minimum of $25,000 or more for investment.  In addition, while marketing material in this email could be interpreted as including forward-looking statements, those statements can only be read within the context of disclaimers contained in the Offering.*

0000643 _All Service…22.pdf
239 KB

0000956 _The K and…22.pdf
239 KB

# EXHIBIT 3

# EXHIBIT 3

**From:** Alexis Spencer  alexis.spencer@hughescapital.com 
**Subject:** RE: Degney Questions
**Date:** November 3, 2022 at 11:04 AM
**To:** Karen Degney  karen.degney@me.com

Hi Karen,

I'm doing well, thank you for asking! How was your recent trip?

Also, congratulations, I remember you telling me when the house first started getting built, very exciting!

Your investments under The K and K Degney Living Trust:
- Guardian- As of 8/30/22 **$52,820.32**
- Liquidity- As of 10/31/22 **$209,156.56**

Your investments under All Service Realty NV:
- Guardian- As of 8/30/22 **$104,355.27**

You will receive your September statements for your Guardian accounts on November 10th. As a reminder, we ask for a 90-days advance notice for any Guardian fund withdraws and a 30-days advance notice for Liquidity account withdraws. Please let me know if you have any questions. 😊

Thank you,

**Alexis Spencer**
Account Manager
alexis.spencer@hughescapital.com  I  775-636-6070
5440 Louie Lane, Reno, NV 89511
**Mailing Address**: Suite 106
**Investor Relations Office**: Suite 102





*Nothing in this email should be interpreted as representing an offer to buy or sell any security or investment from us. Any such offer or solicitation may only be made through our Offering Documentation ("Offering"), available only to Accredited Investors with a minimum of $25,000 or more for investment. In addition, while marketing material in this email could be interpreted as including*

*forward-looking statements, those statements can only be read within the context of disclaimers contained in the Offering.*

---

**From:** Karen Degney <karen.degney@me.com>
**Sent:** Thursday, November 3, 2022 8:22 AM
**To:** Alexis Spencer <alexis.spencer@hughescapital.com>
**Subject:** Degney Questions

Hi Alexis,
Hope you are doing great!  Ken and I are getting our numbers together anticipating the closing of our new home in March and deciding if we are taking a loan or not or how much to finance.
Aside from our Buy and Hold, can you tell me all we currently have invested with Hughes and Guardian?
Thank you
Karen and Ken



Karen Degney
Karen.Degney@Me.com
775-233-5521