STEPHEN R. HARRIS, ESQ. NVB 1463
Email: steve@harrislawreno.com
NORMA GUARIGLIA, ESQ. NVB 16244
Email: norma@harrislawreno.com
HARRIS LAW PRACTICE LLC
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

GUARDIAN FUND, LLC,

    Debtor.

_____/

Case No.: BK-23-50177-hlb
Case No.: BK-23-50233-hlb
**Consolidated Under Case No. BK-23-50177-hlb**
(Chapter 11)

**DECLARATION OF AARON NOE IN SUPPORT OF REPLY TO LIMITED OBJECTION TO APPLICATION BY DEBTOR'S ATTORNEYS REQUESTING APPROVAL FOR FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE LLC)**

Hrg. Date:   October 18, 2023
Hrg. Time:   2:00 p.m.

I, Aaron Noe, hereby declare as follows:

1.    I am over 18 years old and am mentally competent. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge.

2.    I am the President of El Monte Capital, Inc., the legally authorized Manager of Guardian Fund, LLC, a Nevada limited liability company ("Debtor").

3.    I have read the REPLY TO LIMITED OBJECTION TO APPLICATION BY DEBTOR'S ATTORNEYS REQUESTING APPROVAL FOR FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE

HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
775 786 7600

1

LLC) ("Reply") and attest that the factual contents therein are true and correct to the best of my knowledge, information, and belief.

4.      As of October 9, 2023, the Debtor had approximately $1.5M in its debtor-in-possession bank account that resulted from revenues and proceeds of Debtor's assets unrelated to Wilmington Trust's[1] alleged collateral.

5.      On behalf of the Debtor, I approve the Application filed by Debtor's Counsel. I believe the legal fees and expenses in the Application are fair, reasonable, necessary, and provided a benefit to the Debtor's estate because Debtor's Counsel provided comprehensive legal assistance to Debtor for its reorganization process and business operations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated October 11, 2023.

/s/ Aaron Noe

_____
Aaron Noe, President
El Monte Capital, Inc., the Debtor's Manager

---

[1] Unless otherwise noted, all capitalized terms have the same meaning as in the Reply.

HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
775 786 7600