STEPHEN R. HARRIS, ESQ. NVB 1463
Email: steve@harrislawreno.com
NORMA GUARIGLIA, ESQ. NVB 16244
Email: norma@harrislawreno.com
HARRIS LAW PRACTICE LLC
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600
*Attorneys for Jointly Administered Debtors*

McDONALD CARANO LLP
SALLIE B. ARMSTRONG, ESQ. (NSBN 1243)
100 W. Liberty Street, 10th Floor
Reno, NV  89501
Telephone: (775) 788-2000
Email: sarmstrong@mcdonaldcarano.com
*Attorneys for Official Committee of
Unsecured Creditors of Guardian Fund, LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| IN RE: | Case No.: BK-23-50177-hlb |
|---|---|
| GUARDIAN FUND, LLC, | Case No.: BK-23-50233-hlb |
| ☐ AFFECTS THIS DEBTOR | **Consolidated Under Case No. BK-23-50177-hlb** (Chapter 11) |
| ☐ AFFECTS GUARDIAN CV1, LLC | Jointly Administered with: |
| ☐ AFFECTS GUARDIAN CV2, LLC | |
| ☒ AFFECTS ALL DEBTORS | |

| 23-50951-hlb | Guardian CV1, LLC |
|---|---|
| 23-50952-hlb | Guardian CV2, LLC |

Debtors.
_____/

Hrg. Date:  December 10 and 12, 2024
Hrg. Time: 9:30 a.m.

**NOTICE OF AMENDMENTS TO
<u>AMENDED JOINT DISCLOSURE STATEMENT</u>**

Dated:          October 20, 2024

Filed by:       GUARDIAN FUND, LLC, a Nevada limited liability company;
GUARDIAN CV1, LLC, a Delaware limited liability company;
GUARDIAN CV2 LLC, a Delaware limited liability company; and
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
GUARDIAN FUND, LLC

GUARDIAN FUND, LLC ("Guardian Fund" or "Guardian"), GUARDIAN CV1, LLC ("CV1"), and GUARDIAN CV2, LLC ("CV2"), Debtors and Debtors-in-Possession herein (Guardian Fund, CV1, and CV2 collectively the "Debtors") in the above-captioned jointly administered Chapter 11 cases, and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GUARDIAN FUND, LLC ("Committee"), filed their *Second Amended Joint Plan of Reorganization* dated October 20, 2024 [ECF NO. 956] ("Plan"). The Plan contains certain changes from the previously filed *Amended Joint Plan of Reorganization* dated July 16, 2024 [ECF No. 861]. Accordingly, the Debtors and Committee provide notice of the following amendments to the *[Proposed] Amended Joint Disclosure Statement* [ECF No. 859] ("Disclosure Statement"):

1. Any references in the Disclosure Statement to the "Plan" refers to the **SECOND AMENDED JOINT PLAN OF REORGANIZATION dated October 20, 2024**, as such may be further amended and supplemented.

2. <u>Section VI. Significant Post-Petition Events</u> of the Disclosure Statement is supplemented to include the following recent event:

- On October 3, 2024, Guardian filed a *Motion for Approval of Debtor's Compromise and Settlement of Claims With Committee and Andronico Family Partnership, L.P. Under Fed. R. Bankr. P. 9019(a)* [ECF No. 924] ("Andronico Settlement Motion"). The Andronico Settlement Motion sought approval of a settlement between the Debtors, Committee, and Andronico Family Partnership, L.P. ("Andronico"). As part of the settlement, Guardian's objection to Andronico's proof of claim was resolved so that Andronico will amend its Claim No. 5 filed in the amount of $1,704,032.55 downward to $817,225.00 to reflect all other alleged damages not including Andronico's Class 6A Claim in the amount of $30,362.55 for "Breach of Lease/Failure to Pay Rent." Andronico's amended Class 6C claim will be allowed in the amount of $245,167.50 (30% of $817,225.00) as a Class 6C unsecured claim. Guardian and the Committee also agreed to amend their Plan to provide that other Class 6C members may likewise elect to be treated either as unsecured creditors for 30% of the gross amount of their Class 6C claims as ultimately allowed by the Court, or as subordinated creditors under 11 U.S.C. § 510(b) for the gross amount of their Class 6C claims as ultimately allowed by the Court. The Court orally approved the Andronico settlement at a hearing held on October 11, 2024, at 1:00 p.m.

3. <u>Section VII. Administrative and Unclassified Claims</u> of the Disclosure Statement is amended as now reflected on page 10 of the Plan.

4. <u>Section VIII. Classification of Claims and Interests and Section IX. Treatment of Classes</u> in the Disclosure Statement is amended as now reflected in pages 12–31 of the Plan. The most material changes are to Classes 5B, 5C, and Class 6C. Exhibits B, C, and D to the Disclosure Statement are also updated by the new Exhibits B, C, and D to the Plan which contain a more detailed and updated list of putative Class 6A, 6B, and 6C claims.

5. The Litigation Claims reserved by the Debtors and Committee are now revised in the Disclosure Statement to reflect the description on pages 33–34 of the Plan.

6. <u>Section XVI. Procedures for Resolving Contested Claims</u> in the Disclosure Statement is now revised as shown on page 32 of the Plan so that Objections to Claims must be filed no later than one-hundred-eighty (180) days after the Effective Date.

7. <u>Designation of Managers and Governance Issues</u> as shown in Section XV (Miscellaneous Provisions) of the Disclosure Statement is amended slightly as shown in the Plan.

8. The five-year financial projections for all Debtors were updated to be consistent with the claim treatment proposed in the Plan, and Exhibits F1, F2, and F3 to the Disclosure Statement are replaced by the new Exhibits F1, F2, and F3 attached to the Plan.

9. The <u>Liquidation Analysis</u> for Guardian as shown in Section XIX of the Disclosure Statement is updated to show the most recent calculations as now reflected on page 45 of the Plan. Exhibit G1 to the Disclosure Statement is replaced by the new Exhibit G1 attached to the Plan.

10. Other immaterial, clarifying changes were made throughout the Plan, and, therefore, the Plan may vary slightly from what is currently shown in the Disclosure Statement. If any discrepancies exist between the Disclosure Statement and the Plan, the provisions of the Plan control.

Respectfully submitted October 21, 2024.

| | |
|---|---|
| HARRIS LAW PRACTICE LLC | McDONALD CARANO LLP |
| */s/ Norma Guariglia*  <br>Norma Guariglia, Esq.  <br>*Attorneys for Jointly Administered Debtors* | */s/ Sallie B. Armstrong*  <br>Sallie B. Armstrong, Esq.  <br>*Attorneys for Official Committee of Unsecured Creditors of Guardian Fund, LLC* |