_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
December 27, 2024

HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ. (NSBN 1463)
NORMA GUARIGLIA, ESQ. (NSBN 16244)
Email: norma@harrislawreno.com
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600
*Attorneys for Jointly Administered Debtors*

McDONALD CARANO LLP
SALLIE B. ARMSTRONG, ESQ. (NSBN 1243)
100 W. Liberty Street, 10th Floor
Reno, NV  89501
Telephone: (775) 788-2000
Email: sarmstrong@mcdonaldcarano.com
*Attorneys for Official Committee of
Unsecured Creditors of Guardian Fund, LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

IN RE:

GUARDIAN FUND, LLC,

☐ AFFECTS THIS DEBTOR

☐ AFFECTS GUARDIAN CV1, LLC

☐ AFFECTS GUARDIAN CV2, LLC

☒ AFFECTS ALL DEBTORS

Debtors.

_____/

Case No.: BK-23-50177-hlb
Case No.: BK-23-50233-hlb
**Consolidated Under Case No. BK-23-50177-hlb**
(Chapter 11)

Jointly Administered with:

| 23-50951-hlb | Guardian CV1, LLC |
| 23-50952-hlb | Guardian CV2, LLC |

**ORDER CONFIRMING SECOND AMENDED JOINT PLAN OF REORGANIZATION, AS AMENDED AND MODIFIED**

**Hearing Date:  December 12, 2024
Hearing Time:  9:30 a.m.**

HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD
SUITE F
RENO, NV 89511
775 786 7600

1

GUARDIAN FUND, LLC ("**Guardian Fund**" or "**Guardian**"), GUARDIAN CV1, LLC ("**CV1**"), and GUARDIAN CV2, LLC ("**CV2**"), Debtors and Debtors-in-Possession (Guardian Fund, CV1, and CV2 collectively the "**Debtors**") in the above-captioned jointly administered cases ("**Chapter 11 Cases**"), and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GUARDIAN FUND, LLC ("**Committee**") filed their *Second Amended Joint Plan of Reorganization* dated October 20, 2024 [ECF NO. 956]. The *Second Amended Joint Plan of Reorganization* was amended and supplemented by the:

- *Supplement to Second Amended Joint Plan of Reorganization* [ECF No. 997];
- *First Amendment to Second Amended Joint Plan of Reorganization* dated December 2, 2024 [ECF No. 1040];
- *Second Supplement to Second Amended Joint Plan of Reorganization* [ECF No. 1065] ; and
- *Modified Second Amended Joint Plan of Reorganization* dated December 12, 2024 [ECF No. 1069, and together with ECF Nos. 956, 997, 1040, and 1065, the "**Plan**"].

The Plan came before the Court for hearing on December 12, 2024, at 9:30 a.m. for the Court to consider confirmation of the Plan. In accordance with the *Findings of Fact and Conclusions of Law in Support of Order Confirming Second Amended Joint Plan of Reorganization, As Amended and Modified* entered by this Court; and good cause appearing,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1      **IT IS HEREBY ORDERED that:**

2      1.  The Plan complies with all applicable provisions of 11 U.S.C. § 1129.

3      2.  The Plan, now incorporated in the *Findings of Fact and Conclusions of Law in Support*

4        *of Order Confirming Second Amended Joint Plan of Reorganization, As Amended and*

5        *Modified,* is confirmed pursuant to 11 U.S.C. § 1129.

6  Submitted by:

7  HARRIS LAW PRACTICE LLC          McDONALD CARANO LLLP

8

9  */s/ Norma Guariglia*                 */s/ Sallie B. Armstrong*

10  Norma Guariglia, Esq.              Sallie B. Armstrong, Esq.
    Attorneys for Jointly Administered Debtors    Attorneys for Committee

11

12  Approved December 24, 2024.        Approved December 24, 2024.

13  UNITED STATES TRUSTEE,         SNELL & WILMER
14  REGION 17

15  */s/ Jared A. Day*                  */s/ Robert R. Kinas*

16  Jared A. Day, Esq.               Robert R. Kinas, Esq.
    Trial Attorney                   Nathan G. Kanute, Esq.
17                                         Attorneys for Wilmington Trust

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATION RE: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

*See signature blocks on preceding pages.*

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

Dated December 24, 2024.

HARRIS LAW PRACTICE LLC

*/s/ Norma Guariglia*

_____
NORMA GUARIGLIA, ESQ
*Attorneys for Jointly Administered Debtors*

###