1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

| Claim No. | Claimant | Date Filed | Amount |
|---|---|---|---|
| 146-1 | 3MZ ENTERPRISES, LLC | 8/9/2023 | $100,000.00 |
| 49-2 (Case No. 23-50233) | 6 TO 7 INVESTMENTS, LLC | 8/1/2023 | $120,000.00 |
| 50-1 | ABRAHAM, DARRYL/ FORGE TRUST CO CFBO DARRYL ABRAHAM | 7/6/2032 | $862,975.44 |
| 49-1 | ABRAHAM, KAREN/ FORGE TRUST CO CFBO KAREN ABRAHAM | 7/6/2023 | $117,517.41 |
| 211-1 | ABUNDANT LIFE CAPITAL LLC | 8/10/2023 | $314,000.00 |
| 119-1 | ALBERS, MICHAEL / PACIFIC PREMIER TRUST FBO ALBERS, MICHAEL | 8/4/2023 | $30,000.00 |
| 251-1 | ALBERS, MICHAEL / PACIFIC PREMIER TRUST FBO ALBERS, MICHAEL | 8/11/2023 | $30,000.00 |
| 229-1 | ALLEN, PETER STEVEN | 8/11/2023 | $343,207.00 |
| 126-1 | ANDERSON, JOHN/ FORGE TRUST CO CFBO JOHN ANDERSON IRA | 8/7/2023 | $190,364.75 |
| 127-1 | ANDERSON, JOHN/ FORGE TRUST CO CFBO MARY ANDERSON IRA | 8/7/2023 | $125,152.38 |
| 10-1 | ANGELL, SUSAN | 5/18/2023 | $150,000.00 |
| 161-1 | ANGELO LOUIS ANDREINI III LIVING TRUST | 8/9/2023 | $250,000.00 |
| 116-1 | AYACHE LIVING TRUST | 8/3/2023 | $924,211.37 |
| 176-1 | AZIM REVOCABLE TRUST/ SYED K. AZIM AND NAHIED S. AZIM, TTS | 8/9/2023 | $108,342.00 |
| 183-1 | AZIM, KHALID/ FORGE TRUST CO CFBO SYED KHALID AZIM IRA | 8/9/2023 | $307,704.00 |
| 262-1 | BARTOLO, CHRISTOPHER | 8/11/2023 | $105,173.75 |
| 264-1 | BARTOLO, CHRISTOPHER/ PROVIDENT TRUST GROUP LLC FBO CHRISTOPHER BARTOLO | 8/11/2023 | $88,230.90 |
| 216-1 | BASORA, EMANUELA/ FORGE TRUST CO. CFBO EMANUELA BASORA | 8/10/2023 | $41,583.00 |
| 218-1 | BASORA, THOMAS | 8/10/2023 | $186,913.93 |
| 217-1 | BASORA, THOMAS - LIVIA CICAI | 8/10/2023 | $44,475.56 |
| 215-1 | BASORA, THOMAS A.J./ FORGE TRUST CO. CFBO THOMAS BASORA | 8/10/2023 | $42,015.17 |
| 365-1 | BAUER, ROBERT/ PROVIDENT TRUST GROUP LLC FBO ROBERT BAUER IRA | 8/14/2023 | $63,902.13 |
| 78-1 | BERG, DAVID | 7/21/2023 | $80,000.00 |
| 214-1 | BHUPINDER ESTATES, LLC / WILL DODSON | 8/10/2023 | $551,680.62 |
| 1-1 (Case No. 23-50233) | BIDDULPH, ROMNEY B. | 4/24/2023 | $250,000.00 |
| 56-1 | BIDDULPH, ROMNEY B. | 7/13/2023 | $250,000.00 |
| 412-1 | BIDDULPH, ROMNEY B. | 8/14/2023 | $250,000.00 |
| 338-1 | BOURGEOIS FAMILY TRUST/ DOUG BOURGEOIS, | 8/14/2023 | $100,000.00 |
| 334-1 | BOURGEOIS, DOUG/ FORGE TRUST CO. FBO LINDA BOURGEOIS | 8/14/2023 | $30,663.89 |
| 341-1 | BOURGEOIS, DOUG/FORGE TRUST CO. FBO DOUG BOURGEOIS IRA | 8/14/2023 | $29,170.58 |
| 201-1 | BOYDSTON, L.E. BAILEY AND LYNN H./ THE BOYDSTON FAMILY TRUST | 8/10/2023 | $527,567.04 |
| 202-1 | BOYDSTON, LE/ FORGE TRUST CO CFBO LE BOYDSTON IRA | 8/10/2023 | $78,958.12 |
| 114-1 | BROWN FAMILY TRUST OF 2001 | 8/3/2023 | $222,948.55 |
| 125-1 | BUFFALO CREEK PROPERTIES, LLC | 8/7/2023 | $259,419.86 |
| 342-1 | BURGESS, YVONNE MARIE | 8/14/2023 | $193,225.76 |
| 16-1 (Case No. 23-50233) | CA PROPERTY CARE RETIREMENT TRUST | 6/2/2023 | $28,218.86 |
| 39-1 | CA PROPERTY CARE RETIREMENT TRUST | 6/2/2023 | $28,218.86 |
| 46-1 (Case No. 23-50233) | CANGAS FAMILY TRUST/ ANTHONY T. AND ALICE B., CANGAS, TTS | 7/26/2023 | $254,891.82 |
| 87-1 | CANGAS FAMILY TRUST/ ANTHONY T. AND ALICE B., CANGAS, TTS | 7/26/2023 | $254,891.82 |
| 3-1 | CANGAS FAMILY TRUST/ ANTHONY T. AND ALICE B., CANGAS, TTS | 5/1/2023 | $254,891.82 |
| 41-1 | CASSEL, PETER | 6/6/2023 | $383,363.34 |
| 18-1 (Case No. 23-50233) | CASSEL, PETER AND SARAH | 6/6/2023 | $383,363.34 |

| | | | |
|---|---|---|---|
| 5-1 (Case No. 23-50233) | CBPR GROUP LLC | 5/5/2023 | $94,709.36 |
| 60-1 | CBPR GROUP LLC | 7/13/2023 | $94,709.36 |
| 194-1 | CENTENNIAL EXCHANGE CO. LLC | 8/10/2023 | $400,000.00 |
| 302-1 | CHELLING, TODD/ AMERICAN ESTATE & TRUST LC FBO TODD CHELLING IRA | 8/14/2023 | $709,645.07 |
| 31-1 (Case No. 23-50233) | CHING, BRYCE AND SU, CINDY | 6/22/2023 | $300,000.00 |
| 45-1 (Case No. 23-50502) | CHING, RANDALL MING YU | 7/24/2023 | $150,000.00 |
| 276-1 | CHRISTENSEN, ROBERT/ PROVIDENT TRUST GROUP LLC FBO ROBERT CHRISTENSEN SEP IRA | 8/11/2023 | $34,850.70 |
| 154-1 | COLLINS, ERIC | 8/9/2023 | $25,000.00 |
| 158-1 | COOLEY, GREGG | 8/9/2023 | $25,000.00 |
| 112-1 | COSTA FAMILY TRUST DATED 5/18/04 | 8/2/2023 | $224,326.04 |
| 192-1 | COYLE, BRANDEN E./ FORGE TRUST CO. FBO BRANDEN EDWARD COYLE IRA | 8/10/2023 | $270,258.40 |
| 200-1 | COYLE, BRANDEN E./ FORGE TRUST CO. FBO BRANDEN EDWARD COYLE ROTH IRA | 8/10/2023 | $18,078.07 |
| 51-1 | CR DISNEY & PA DISNEY TRUST | 7/7/2023 | $287,357.39 |
| 358-1 | CUMMINGS, LEWIS | 8/14/2023 | $245,210.85 |
| 171-1 | DALLAS D. DEBTAIN REVOCABLE LIVING TRUST | 8/9/2023 | $300,000.00 |
| 355-1 | DEAN & GLORIA SMITH FOUNDATION, INC. | 8/14/2023 | $273,051.00 |
| 91-1 | DELANEY, MICHAEL P. | 7/27/2023 | $1,000.00 |
| 15-1 (Case No. 23-50233) | DONALD B. UNRUH AND DEBRA L. UNRUH REVOCABLE LIVING TRUST | 6/1/2023 | $115,905.82 |
| 356-1 | DOODLE TRUST | 8/14/2023 | $1,605,281.00 |
| 97-1 | DOUGAS S. WILLIAMS AND TRACEY L. WILLIAMS REVOCABLE TRUST | 7/28/2023 | $61,117.85 |
| 51-1 (Case No. 23-50233) | DRAPER, TIMOTHY E. AND ROBIN L. | 7/31/2023 | $267,298.48 |
| 222-1 | DUBANSKI, ROBERT AND GERTRUDE LEE | 8/10/2023 | $148,560.51 |
| 141-1 | EVERLING III, THOMAS JAMES | 8/8/2023 | $123,199.76 |
| 191-1 | FANKHAUSER, CAROL/ EQUITY TRUST COMPANY CUSTODIAN FBO CAROL S. FANKHAUSER | 8/10/2023 | $25,684.78 |
| 189-1 | FANKHAUSER, THOMAS D. AND CAROL. S | 8/10/2023 | $823,267.59 |
| 68-1 | FERGUSON, DEEDRA/ DEEDRA FERGUSON IRA | 7/17/2023 | $108,558.58 |
| 54-1 | FERGUSON, RAYMOND/ RAYMOND FERGUSON IRA | 7/11/2023 | $167,774.69 |
| 416-1 | FIORILLO, RHONDA/ FORGE TRUST CO CFBO RHONDA FIORILLO IRA | 8/25/2023 | $810,552.81 |
| 140-1 | GAUMER, RYAN | 8/8/2023 | $133,692.36 |
| 392-2 | GILBERG, GARY/ DIRECTED TRUST COMPANY FBO GARY G GILBERG IRA | 8/22/2023 | $81,524.94 |
| 155-1 | GORCIAK, ADAM AND SAVANNAH | 8/9/2023 | $246,290.74 |
| 89-1 | GORCIAK, GEORGE JOSEPH AND MARGARET S. | 7/26/2023 | $414,475.77 |
| 336-1 | HALL LIVING TRUST | 8/14/2023 | $50,000.00 |
| 27-1 (Case No. 23-50233) | HAMILTON, PAMELA WEBBER | 6/21/2023 | $449,261.00 |
| 46-1 | HAMILTON, PAMELA WEBBER | 7/6/2023 | $449,261.00 |
| 94-1 | HENDERSON CHILDREN'S TRUST | 7/28/2023 | $67,097.79 |
| 20-1 (Case No. 23-50233) | HERMAN D. GRIMM AND BARBARA T GRIMM TRUST DTD APRIL 29, 2008 | 6/7/2023 | $106,874.00 |
| 42-1 | HERMAN D. GRIMM AND BARBARA T GRIMM TRUST DTD APRIL 29, 2008 | 6/7/2023 | $106,874.00 |
| 351-1 | HESTER, BRADLEY CHARLES | 8/14/2023 | $29,568.82 |
| 385-1 | HILDRETH, DAVID | 8/14/2023 | $50,000.00 |
| 361-1 | HILLS, MEGGAN/ FORGE TRUST FBO MEGGAN HILLS | 8/14/2023 | $526,740.02 |
| 362-1 | HILLS, STUART AND MEGGAN | 8/14/2023 | $434,806.93 |
| 226-1 | HOGE, CHAD | 8/10/2023 | $249,670.62 |

| | | | |
|---|---|---|---|
| 44-1 (Case No. 23-50233) and 44-2 | HOLLINGSWORTH, DANIEL GILES AND VAUGHN | 8/7/2023 | $263,220.99 |
| 80-2 | HOLLINGSWORTH, DANIEL GILES DBA HOLLINGSWORTH HOLIDAYS 401K FBO HOLLINGSWORTH, DANIEL GILES | 8/7/2023 | $98,690.94 |
| 81-2 | HOLLINGSWORTH, DANIEL GILES DBA HOLLINGSWORTH HOLIDAYS 401K FBO HOLLINGSWORTH, VAUGHN | 8/7/2023 | $131,804.38 |
| 31-1 | HORTON, TODD A. | 6/29/2023 | $26,696.70 |
| 2-1 (Case No. 23-50233) | IMBASTARI, ALEXANDER | 5/5/2023 | $317,868.00 |
| 57-1 | IMBASTARI, ALEXANDER | 7/13/2023 | $317,868.00 |
| 93-1 | JAY E. HOUSEHOLDER, SR. TRUST | 7/27/2023 | $217,802.76 |
| 235-1 | JELT HOLDINGS, LLC | 8/11/2023 | $212,000.00 |
| 12-1 (Case No. 23-50233) | JOHNSON FAMILY TRUST, WADE AND DENISE | 5/17/2023 | $760,000.00 |
| 133-1 | JOHNSON, JUSTIN AND HUNT, ELIZABETH | 8/7/2023 | $31,572.04 |
| 136-2 | JOHNSTON, JESS VAN AND MARILYN RUTH | 4/22/2025 | $320,689.11 |
| 10-1 (Case No. 23-50233) | JOINER, ROBERT F. | 5/8/2023 | $506,642.50 |
| 64-1 | JOINER, ROBERT F. | 7/13/2023 | $506,642.50 |
| 373-1 | JON E. HOEFLING AND SHAROND. HOEFLING LIVING TRUST DATED OCTOBER 7, 2002 | 8/14/2023 | $823,983.93 |