LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

*Attorney for Creditors*
*Allerton Holdings, LLC*
*BXB Holdings, LLC-1937 Hamilton Ave. Series*
*BXB Holdings, LLC-212 S. Minnesota St. Series*
*BXB Holdings, LLC-511 E. Spear St. Series*
*Kenneth and Karen Degney*
*Gary Gilberg and Karyn Freested Family Trust*
*Gary Gilberg Directed Trust Company FBO Gary G. Gilberg IRA*
*Pilgrim Remembrance Holdings, LLC*
*Heidi Thomas*
*Scott W. Wrye and Christine L. McAvoy*
*Cusia Dabir Trust dated November 16, 2014, and Sue-Jen Sheu Living Trust dated November 21, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

GUARDIAN FUND, LLC;

_X_ AFFECTS THIS DEBTOR
___ AFFECTS GUARDIAN CV1, LLC
___ AFFECTS GUARDIAN CV2, LLC
___ AFFECTS ALL DEBTORS

Debtors.

Lead Case No. BK-23-50177-hlb
Case No.: BK-23-50233-hlb
**Consolidated Under**
**Case No. BK-23-50177-hlb**
(Chapter 11)

Jointly Administered with:
23-50951-hlb Guardian CV1, LLC
23-50952-hlb Guardian CV2, LL

**OMNIBUS OPPOSITION TO OBJECTION TO CLAIMS**

Hearing Date: 8/29/25
Hearing Time: 1:30 p.m.

Kaempfer Crowell's following clients oppose the following objections filed to their claims:

| Party | Claim(s) | Obj. Dkt. No. |
|---|---|---|
| Allerton Holdings, LLC | 401 | 1337 |
| BXB Holdings, LLC-1937 Hamilton Ave. Series | 389 | 1536 |
| BXB Holdings, LLC-212 S. Minnesota St. Series | 388 | 1532 |
| BXB Holdings, LLC-511 E. Spear St. Series | 386 | 1520 |
| Kenneth and Karen Degney | 398 and 400 | 1510 |
| Gary Gilberg and Karyn Freested Family Trust | 391 | 1316 |
| Gary Gilberg Directed Trust Company FBO Gary G. Gilberg IRA | 392 | 1321 |
| Pilgrim Remembrance Holdings, LLC | 404 | 1323 |
| Heidi Thomas | 407 | 1498 |
| Scott W. Wrye and Christine L. McAvoy | 199 | 1504 |

Undersigned counsel agreed with Ms. Guariglia, Guardian's counsel, that claimants and Guardian will engage in discussions in attempt to resolve the disputes. Should such disputes not be resolved before the hearing on August 29, 2025, the parties will work with each other to set a schedule for supplemental disclosures, discovery and briefing in an attempt to resolve the matter before scheduling a contested hearing with the court.

Kaempfer Crowell also represents the Cusia Dabir Trust dated November 16, 2014 (Cl. 327; Objection, Dkt. 1261), and the Shue-Jen Living Trust dated November 21, 2014 (Cl. 335; Objection, Dkt. 1270). The firm is working with claimants' lead counsel Patrick Schurr with Scheef & Stone in Texas and is filing amended claims today with additional documentation. These claimants also will consult with Guardian about a resolution, and, as with Kaempfer Crowell's

other clients, seek to proceed with Guardian to schedule supplemental disclosures, discovery and briefing before scheduling a contested hearing, if necessary.

Friday, August 15, 2025

KAEMPFER CROWELL

By: */s/ Louis M. Bubala III*

Louis M. Bubala III

*Attorney for Creditors in Caption*

**CERTIFICATE OF SERVICE**

Pursuant to FRBP and FRCP 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18, and that I am not a party to the above-referenced case. I further certify that on Friday, August 15, 2025 the following documents was filed and served as indicated below.

1. **OMNIBUS OPPOSITION TO OBJECTION TO CLAIMS**

_X_ **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

SETH J. ADAMS on behalf of Creditor THE 1992 STOLL FAMILY TRUST DATED JUNE 10, 1992
sadams@woodburnandwedge.com, mpuletau@woodburnandwedge.com

SETH J. ADAMS on behalf of Creditor JEANNETTE STOLL
sadams@woodburnandwedge.com, mpuletau@woodburnandwedge.com

SETH J. ADAMS on behalf of Creditor PATRICK STOLL
sadams@woodburnandwedge.com, mpuletau@woodburnandwedge.com

SALLIE B ARMSTRONG on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com

SALLIE B ARMSTRONG on behalf of Plaintiff GUARDIAN CV1, LLC
sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com

SALLIE B ARMSTRONG on behalf of Plaintiff GUARDIAN CV2, LLC
sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com

SALLIE B ARMSTRONG on behalf of Plaintiff GUARDIAN FUND, LLC
sarmstrong@mcdonaldcarano.com, mhale@mcdonaldcarano.com

ALICIA R ASHCRAFT on behalf of Defendant PINO LAW GROUP PLLC
ashcrafta@ashcraftbarr.com

ALICIA R ASHCRAFT on behalf of Defendant LAURENCE J. PINO
ashcrafta@ashcraftbarr.com

ROBERT E. ATKINSON on behalf of Interested Party CHRISTOPHER BURKE, TRUSTEE
robert@nv-lawfirm.com, robert-atkinson-5908@ecf.pacerpro.com

ROBERT E. ATKINSON on behalf of Interested Party CHRISTOPHER P. BURKE, TRUSTEE
robert@nv-lawfirm.com, robert-atkinson-5908@ecf.pacerpro.com

DAVID W. BADDLEY on behalf of Creditor U.S. Securities and Exchange Commission
baddleyd@sec.gov

OGONNA M. BROWN on behalf of Creditor COOVER, MERVIN P.
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com; klopez@lewisroca.com, Renee.Creswell@wbd-us.com

OGONNA M. BROWN on behalf of Creditor JUNE R. COOVER
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com; klopez@lewisroca.com, Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor ALICE R. HEIMAN TRUST DATED APRIL 3, 2000
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor ALL SERVICE REALTY NV, INC.
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor ALLERTON HOLDINGS, LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor Allerton Holdings, LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor BRIZZI FAMILY TRUST
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor DAVID WIGGINS, TRUSTEE OF DAVID DROWN WIGGINS AND SHAUN WIGGINS FAMILY TRUST DATED MARCH 11, 1996
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor DIRECTED TRUST COMPANY FBO GARY G GILBERG IRA
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor GARY GILBERG AND KARYN FREESTED FAMILY TRUST
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor KENNETH & KAREN DEGNEY TRUST
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;kmilks@kcnvla jason.hicks@gtlaw.com, rosehilla@gtlaw.com;jason-hicks-7754@ecf.pacerpro.com; escobargaddie@gtlaw.com w.com

LOUIS M BUBALA, III on behalf of Creditor MISSON JAMES CAPITAL HOLDING LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor PAUL RICCIARDI, TRUSTEE OF THE RICCIARDI FAMILY TRUST
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor PENTAGON INVESTMENTS V, LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor PILGRIM REMEMBRANCE HOLDINGS, LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor PROVIDENT TRUST GROUP, LLC FBO ALICE R. HEIMAN IRA
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor REMBERT RETIREMENT, LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor THE JRC LIVING FAMILY TRUST
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor WADE & DENISE JOHNSON FAMILY TRUST
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor CHAD HOGE
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor CHRISTINE L. McAVOY
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor CORI WATERS
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor D. KENT MOBERLY
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor ELGENE JR. HOOD
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor GETRUDE & ROBERT DUBANSKI
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor HEIDI THOMAS
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor JAMES STAFFORD
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor JOHN WEAVER
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor JULIET TSAI
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor LINH TSAI
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor M. ELAINE MOBERLY
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor PAOLO POIDMORE
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor SCOTT W. WRYE
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor SHIRLEY RAWLS
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

LOUIS M BUBALA, III on behalf of Creditor STEPHEN & RONDI REMBERT
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; kmilks@kcnvlaw.com

CHRISTOPHER PATRICK BURKE on behalf of Interested Party CHRISTOPHER BURKE, TRUSTEE
atty@cburke.lvcoxmail.com, attycburke@charter.net

WILLIAM D COPE on behalf of Creditor MCMINN FAMILY REV TRUST OF 1999
william@copebklaw.com, r64042@notify.bestcase.com

WILLIAM D COPE on behalf of Creditor MCMINN FAMILY TRUST DATED JUNE 25, 2019
william@copebklaw.com, r64042@notify.bestcase.com

WILLIAM D COPE on behalf of Creditor MURPHY FAMILY TRUST DATED NOVEMBER 23, 2010
william@copebklaw.com, r64042@notify.bestcase.com

WILLIAM D COPE on behalf of Creditor THOMAS E. DILLIAN & LAVONNE J. DILLIAN FAMILY TRUST
william@copebklaw.com, r64042@notify.bestcase.com

KEVIN A. DARBY on behalf of Creditor RICHARD YEE

kevin@darbylawpractice.com, tricia@darbylawpractice.com; mandie@darbylawpractice.com; makayla@darbylawpractice.com; atley@darbylawpractice.com

J CRAIG DEMETRAS on behalf of Creditor SUSAN J. TAYLOR REVOCABLE LIVING TRUST
mail@demetras-oneill.com, jcd@demetraslaw.com

J CRAIG DEMETRAS on behalf of Creditor WHITE STREET SERIES
mail@demetras-oneill.com, jcd@demetraslaw.com

J CRAIG DEMETRAS on behalf of Creditor YANG & LI ENTERPRISES, LLD
mail@demetras-oneill.com, jcd@demetraslaw.com

J CRAIG DEMETRAS on behalf of Creditor DAVID JOSEPH PEREZ
mail@demetras-oneill.com, jcd@demetraslaw.com

J CRAIG DEMETRAS on behalf of Creditor FRANK FORTUNA
mail@demetras-oneill.com, jcd@demetraslaw.com

HOLLY E ESTES on behalf of Creditor KENT & PAT PHILLIPS FAMILY TRUST MARCH 2003
hestes@esteslawpc.com

ELIZABETH A. FLETCHER on behalf of Creditor RNB Global, LLC Series 1
efletcher@fletcherlawgroup.com, epaulson@fletcherlawgroup.com; hcarney@fletcherlawgroup.com

ELIZABETH A. FLETCHER on behalf of Creditor RNB REVOCABLE FAMILY TRUST
efletcher@fletcherlawgroup.com, epaulson@fletcherlawgroup.com; hcarney@fletcherlawgroup.com

JACOB GUARIGLIA on behalf of Plaintiff GUARDIAN FUND, LLC
jguariglia@jimersonfirm.com, amandap@jimersonfirm.com

NORMA GUARIGLIA on behalf of Attorney Harris Law Practice LLC
norma@harrislawreno.com, hannah@harrislawreno.com; steve@harrislawreno.com

NORMA GUARIGLIA on behalf of Debtor GUARDIAN CV1, LLC
norma@harrislawreno.com, hannah@harrislawreno.com; steve@harrislawreno.com

NORMA GUARIGLIA on behalf of Debtor GUARDIAN CV2, LLC
norma@harrislawreno.com, hannah@harrislawreno.com; steve@harrislawreno.com

NORMA GUARIGLIA on behalf of Debtor GUARDIAN FUND, LLC
norma@harrislawreno.com, hannah@harrislawreno.com; steve@harrislawreno.com

NORMA GUARIGLIA on behalf of Jnt Admin Debtor GUARDIAN CV1, LLC

norma@harrislawreno.com, hannah@harrislawreno.com; steve@harrislawreno.com

NORMA GUARIGLIA on behalf of Jnt Admin Debtor GUARDIAN CV2, LLC
norma@harrislawreno.com, hannah@harrislawreno.com; steve@harrislawreno.com

NORMA GUARIGLIA on behalf of Plaintiff GUARDIAN FUND, LLC
norma@harrislawreno.com, hannah@harrislawreno.com; steve@harrislawreno.com

NORMA GUARIGLIA on behalf of Trustee CHAPTER 11 - RN
norma@harrislawreno.com, hannah@harrislawreno.com; steve@harrislawreno.com

MARK H. GUNDERSON on behalf of Creditor THE KELLEY FAMILY TRUST, DATED DECEMBER 9, 1989
mgunderson@gundersonlaw.com, ckonieczka@gundersonlaw.com

MARK H. GUNDERSON on behalf of Creditor DAVID KELLEY
mgunderson@gundersonlaw.com, ckonieczka@gundersonlaw.com

MARK H. GUNDERSON on behalf of Creditor DAVID KELLY
mgunderson@gundersonlaw.com, ckonieczka@gundersonlaw.com

STEPHEN R HARRIS on behalf of Debtor GUARDIAN CV1, LLC
steve@harrislawreno.com, hannah@harrislawreno.com; norma@harrislawreno.com

STEPHEN R HARRIS on behalf of Debtor GUARDIAN CV2, LLC
steve@harrislawreno.com, hannah@harrislawreno.com; norma@harrislawreno.com

STEPHEN R HARRIS on behalf of Jnt Admin Debtor GUARDIAN CV1, LLC
steve@harrislawreno.com, hannah@harrislawreno.com; norma@harrislawreno.com

STEPHEN R HARRIS on behalf of Jnt Admin Debtor GUARDIAN CV2, LLC
steve@harrislawreno.com, hannah@harrislawreno.com; norma@harrislawreno.com

JEFFREY L HARTMAN on behalf of Creditor CENTENNIAL EXCHANGE CO, LLC
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Creditor DALLAS DEBATIN REVOCABLE LIVING TRUST
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Creditor HALL LIVING TRUST
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Creditor KMS GROUP, LLC
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Creditor NEWMAN 2019 IRREVOCABLE TRUST

notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Creditor NEWMAN FAMILY 2020 TRUST
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Creditor THE JUDY LU SHALLENBERGER LIVING TRUST DTD 9/6/02
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Creditor THE KIRKHAM FAMILY TRUST DTD 9/4/2002
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Creditor TMS COMPANY LLC
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Creditor LESTER AND DIANE CUNNINGHAM
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Creditor WILLIAM AND TERRI DIETLEIN
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Petitioning Creditor THE 1/31/95 OLIVER CHARITABLE REMAINDER UNITRUST
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Petitioning Creditor THE AMP'd GROUP
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Petitioning Creditor THE JULY 29,1995 OLIVER FAMILY TRUST
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Petitioning Creditor THE NEWMAN 2019 IRREVOCABLE TRUST
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Petitioning Creditor THE NEWMAN FAMILY 2020 TRUST
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Petitioning Creditor THE WENDELL AND NANCY KING FAMILY TRUST
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Petitioning Creditor WESTWARD CORPORATION
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JEFFREY L HARTMAN on behalf of Petitioning Creditor LEBO and MERRILL NEWMAN
notices@bankruptcyreno.com, abg@bankruptcyreno.com

JASON HICKS on behalf of Defendant GREG HUGHES
jason.hicks@gtlaw.com, rosehilla@gtlaw.com;jason-hicks-7754@ecf.pacerpro.com; escobargaddie@gtlaw.com

JASON HICKS on behalf of Defendant STEVE SIXBERRY
jason.hicks@gtlaw.com, rosehilla@gtlaw.com;jason-hicks-7754@ecf.pacerpro.com; escobargaddie@gtlaw.com

ROBERT MCKAY HOLLEY on behalf of Creditor ELLIOT EPSTEIN
mholley@spencerfane.com, oswibies@spencerfane.com; mckay-holley-3240@ecf.pacerpro.com

BRIAN R. IRVINE on behalf of Creditor The Saling Family Trust
birvine@dickinsonwright.com, courtnotifications@dickinson-wright.com; sduffus@dickinson-wright.com

KIRK C JOHNSON on behalf of Creditor KIRK JOHNSON, TRUSTEE
kirk@nvlawyers.com, teresa@nvlawyers.com; jessica@nvlawyers.com

NATHAN G. KANUTE on behalf of Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, A TRUSTEE (2021-2 TRUST)
nkanute@swlaw.com, mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com; ljtaylor@swlaw.com; jfung@swlaw.com

NATHAN G. KANUTE on behalf of Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE (2020-3 TRUST)
nkanute@swlaw.com, mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com; ljtaylor@swlaw.com; jfung@swlaw.com

NATHAN G. KANUTE on behalf of Creditor Wilmington Trust, National Association, as Trustee, for the benefit of the Holders of CoreVest American Finance 2020-3 Trust Mortgage Pass-Through Certificates
nkanute@swlaw.com, mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com; ljtaylor@swlaw.com; jfung@swlaw.com

NATHAN G. KANUTE on behalf of Creditor Wilmington Trust, National Association, as Trustee, for the benefit of the Holders of CoreVest American Finance 2021-2 Trust Mortgage Pass-Through Certificates, acting by and through Situs Holdings, L
nkanute@swlaw.com, mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com; ljtaylor@swlaw.com; jfung@swlaw.com

ROBERT R. KINAS on behalf of Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, A TRUSTEE (2021-2 TRUST)
rkinas@swlaw.com, mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com; jfung@swlaw.com

ROBERT R. KINAS on behalf of Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE (2020-3 TRUST)
rkinas@swlaw.com, mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com; jfung@swlaw.com

ROBERT R. KINAS on behalf of Creditor Wilmington Trust, National Association, as Trustee, for the benefit of the Holders of CoreVest American Finance 2020-3 Trust Mortgage Pass-Through Certificates
rkinas@swlaw.com, mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com; jfung@swlaw.com

ROBERT R. KINAS on behalf of Creditor Wilmington Trust, National Association, as Trustee, for the benefit of the Holders of CoreVest American Finance 2021-2 Trust Mortgage Pass-Through Certificates, acting by and through Situs Holdings, L
rkinas@swlaw.com, mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com; jfung@swlaw.com

MICHAEL R MUSHKIN on behalf of Defendant KRCH REALTY, LLC
michael@mccnvlaw.com, jcoppedge@mccnvlaw.com; kfoley@mccnvlaw.com; clopez@mccnvlaw.com

MICHAEL R MUSHKIN on behalf of Defendant KYLE KRCH
michael@mccnvlaw.com, jcoppedge@mccnvlaw.com; kfoley@mccnvlaw.com; clopez@mccnvlaw.com

MICHAEL R MUSHKIN on behalf of Defendant SANDRA KRCH
michael@mccnvlaw.com, jcoppedge@mccnvlaw.com; kfoley@mccnvlaw.com; clopez@mccnvlaw.com

SEAN P PATTERSON on behalf of Creditor BERG TREMAIN PROPERTIES, LLC
illegalpat@aol.com, sbcolling@gmail.com; natesppbk@yahoo.com

CATHERINE A. REICHENBERG on behalf of Creditor DAVID KELLEY
creichenberg@gundersonlaw.com, ealty@gundersonlaw.com

CATHERINE A. REICHENBERG on behalf of Creditor SUSAN KELLEY
creichenberg@gundersonlaw.com, ealty@gundersonlaw.com

AMY N. TIRRE on behalf of Creditor ANDRONICO FAMILY PARTNERSHIP, L.P.
amy@amytirrelaw.com, admin@amytirrelaw.com

AMY N. TIRRE on behalf of Creditor Andronico Family Limited Partnership, L.P.
amy@amytirrelaw.com, admin@amytirrelaw.com

AMY N. TIRRE on behalf of Creditor STEVEN J. YANG as Trustee of the SJY LIVING TRUST DATED MARCH 24, 2020

amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

ALEXIS RENEE WENDL on behalf of Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, A TRUSTEE (2021-2 TRUST)
awendl@swlaw.com,
mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com;jfung@swlaw.com

ALEXIS RENEE WENDL on behalf of Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE (2020-3 TRUST)
awendl@swlaw.com, mfull@swlaw.com; docket_las@swlaw.com; sdugan@swlaw.com; jfung@swlaw.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: August 15, 2025

By: */s/ Kylie Milks*
KYLIE MILKS
An Employee of KAEMPFER CROWELL