HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ. (NSBN 1463)
Email: steve@harrislawreno.com
NORMA GUARIGLIA, ESQ. (NSBN 16244)
Email: norma@harrislawreno.com
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600

McDONALD CARANO LLP
SALLIE B. ARMSTRONG, ESQ. (NSBN 1243)
100 W. Liberty Street, 10th Floor
Reno, NV  89501
Telephone: (775) 788-2000
Email: sarmstrong@mcdonaldcarano.com

*Attorneys for Guardian Fund, LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

GUARDIAN FUND, LLC,

☒  AFFECTS THIS DEBTOR

☐  AFFECTS GUARDIAN CV1, LLC

☐  AFFECTS GUARDIAN CV2, LLC

☐  AFFECTS ALL DEBTORS

Debtors.

Case No.: BK-23-50177-hlb
Case No.: BK-23-50233-hlb
**Consolidated Under Case No. BK-23-50177-hlb**
(Chapter 11)

Jointly Administered with:

| 23-50951-hlb | Guardian CV1, LLC |
| 23-50952-hlb | Guardian CV2, LLC |

**DEBTOR'S STATUS REPORT ON PENDING CLAIM OBJECTIONS, PROPOSED HEARING AGENDA, AND NOTICE OF PROPOSED ORDERS SUSTAINING CLAIM OBJECTIONS**

Hrg. Date:  August 29, 2025
Hrg. Time: 1:30 p.m.

GUARDIAN FUND, LLC, reorganized debtor in the above-captioned jointly administered chapter 11 cases ("**Guardian Fund**" or "**Debtor**"), through its undersigned counsel, files this *Debtor's Status Report on Pending Claim Objections, Proposed Hearing Agenda, and*

*Notice of Proposed Orders Sustaining Claim Objections* to aid the Court with organizing the hearings scheduled for August 29, 2025, at 1:30 p.m. on approximately 395 pending claim objections.

1.   In June and July 2025, the Debtor filed approximately 160 separate objections ("**Claim Objections**") to discreet claims in this chapter 11 case, in addition to filing three omnibus non-substantive objections affecting around 235 claims ("**Omnibus Objections**"), which Debtor contends should have been filed as proofs of interests instead of proofs of claims.

2.   After filing the Claim Objections and Omnibus Objections, the Debtor resolved some of the disputes with claimants and filed various stipulations, which the Court has approved.

3.   Additionally, some claimants requested extensions of time to respond to the Claim Objections or Omnibus Objections. The Debtor entered into stipulations with those parties as reflected on the Court's docket.

4.   Ultimately, despite the large number of claims covered by the Claim Objections and Omnibus Objections, only three claimants filed any substantive responses, those parties being: The Saling Family Trust (Claim Nos. 325 and 332) ("**Saling Trust**"); Steve Yang, Trustee of the SJY Living Trust Dated March 24, 2020 (Claim No. 156) ("**Yang**"); and Charles D. Earle & Lorraine Y. Earle (Claim No. 29) ("**Earle**").

5.   Attorney Louis M. Bubala, III also filed an *Omnibus Opposition to Objection to Claims* [ECF No. 1620] ("**Omnibus Opposition**") on behalf of ten (10) different claimants. But the Omnibus Opposition is not substantive and essentially only says that the claimants wish to continue discussions with the Debtor to attempt to resolve the Claim Objections consensually.

6.   Finally, an unrepresented party, Robert Nicholson, copied Debtor's counsel on an email he sent to the Bankruptcy Court Clerk on or about August 12, 2025, with a letter objection for the Court, but it does not appear that Mr. Nicholson's letter was ever formally filed on the Court's docket. Attached hereto as **Exhibit A** is a copy of Mr. Nicholson's email and letter (without exhibits) responding to the Debtor's objection to the claim of the Robert H. Nicholson Revocable Trust (Claim No. 24) ("**Nicholson Objection**").

7.   On August 22, 2025, the Debtor filed the following replies to the formal responses filed

by Saling Trust, Yang, and Earle:

      a.  *Reply in Support of Objection to Allowance of Claim Nos. 325 and 332 [The Saling Family Trust]* (ECF No. 1748);

      b.  *Reply in Support of Objection to Allowance of Claim No. 156 [Steve Yang, Trustee of the SJY Living Trust Dated March 24, 2020]* (ECF No. 1749) and *Declaration of Aaron Noe in Support of Objection to Allowance of Claim No. 156 [Steve Yang, Trustee of the SJY Living Trust Dated March 24, 2020]* (ECF No. 1751) ; and

      c.  *Reply in Support of Objection to Allowance of Claim No. 29 [Charles D. Earle & Lorraine Y. Earle]* (ECF No. 1750).

8.  As shown by the small number of substantive responses by claimants, the Debtor believes the Court can enter orders sustaining the vast majority of Claim Objections and Omnibus Objections without any further notices or hearings.

9.  To aid in organizing the agenda for the August 29, 2025 hearings, and to assist the Court with having the latest status of the Claim Objections and Omnibus Objections, the Debtor has prepared detailed spreadsheets showing the docket number for each Claim Objection or Omnibus Objection, in addition to docket numbers for corresponding notices of hearing, certificates of service, and any stipulations, orders, or other documents that may affect any particular Claim Objection or Omnibus Objection.

10. Attached hereto as **Exhibit B** is a spreadsheet with all relevant docket numbers and status information for each of the Claim Objections. Attached as **Exhibits C, C1, C2, and C3** are spreadsheets with relevant docket numbers and status information for each claim covered in the Omnibus Objections.

11. The spreadsheets in Exhibits B and C contain a column labeled "Binder Tab #," which refers to the divider tabs in the binders delivered by Debtor's counsel to the Court containing courtesy copies of the Claim Objections and Omnibus Objections expected to be heard on August 29, 2025.

12. Finally, attached hereto as **Exhibits D and E** are proposed orders sustaining the Claim Objections and Omnibus Objections. If the Court is inclined to sustain any or all of the Claim

Objections and Omnibus Objections, the Debtor respectfully requests that the Court enter orders substantially in the forms attached as Exhibits D and E, as may be modified by the Court at the August 29, 2025 hearing.

13. In summary, the Debtor believes that the majority of Claim Objections and Omnibus Objections, including the Saling Claim Objection [ECF No. 1265], can be adjudicated by the Court on August 29, 2025, with the exception of those that have been continued by agreement for hearing on October 30, 2025. Debtor also requests that the Court schedule future evidentiary hearings for the Yang Claim Objection [ECF No. 1137], Earle Claim Objection [ECF No. 1143], and the Claim Objections covered by Mr. Bubala's Omnibus Objections.

Respectfully submitted August 26, 2025.

HARRIS LAW PRACTICE LLC

*/s/ Norma Guariglia*

NORMA GUARIGLIA, ESQ.

McDONALD CARANO LLP

*/s/ Sallie B. Armstrong*

SALLIE B. ARMSTRONG, ESQ.

*Counsel for Guardian Fund, LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

On August 26, 2025, the foregoing document was served via ECF automated system to all parties registered with ECF in this case, on the date and time I filed the document with the Court's ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated August 26, 2025.

*/s/ Norma Guariglia*
_____
Norma Guariglia

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

 **Outlook**

---

**Opposition to the Debtor's Claim Objection (ECF No. 1115) concerning Claim No. 24 filed on behalf of the Robert H. Nicholson Revocable Trust.**

---

**From** Robert Nicholson <wc.cells@gmail.com>

**Date** Tue 8/12/2025 3:49 AM

**To**    Norma Guariglia <norma@harrislawreno.com>

**Cc**    Nate Edwards <nate.edwards@12br.com>

📎 6 attachments (2 MB)
Emails to Hughes 2-13-23.pdf; Emails to Hughes 2-15-23.pdf; Dear Honorable Court.docx; Swift 1.xlsx; Nate email on back taxes and utilities.pdf; Ohio Total Bills 1.xlsx;

**To:  US Bankruptcy Court- Clerk (Originals sent by U.S. Mail)**
C Clifton Young Federal Building & Courthouse
300 Booth St #1109
Reno Nevada 89509

**Copy was sent to Harris Law Practice LLC**

**From: Bob Nicholson, Robert H. Nicholson Revocable Trust**

14035 Rosedale Hwy. Space 130
Bakersfield, CA 93314

Consolidated under **Guardian Case No BK-23-50177**

**Please find attached** (10 pages total);

**Opposition to Claim Objection by Debtor for Claim #24 (**3 pages)

**Exhibit 1- Email to Hughes, dated 2-13-23** (2 pages)

**Exhibit 2- Email to Hughes, dated 2-15-23** (1 page)

**Exhibit 3- Breakdown of property Expenses** (1 page)

**Exhibit 4- Nate regarding back taxes and utilities, dated 2-2-24** (2 pages)

**Exhibit 5- Ohio Total back bills paid** (1 page)

**I have asked the court to speak at the hearing regarding above matters.**

Please call or email if you have any questions.

Thanks

Bob Nicholson
661-565-8225 cell#

Dear Honorable Court,

As a creditor in the above-captioned bankruptcy matter, I respectfully submit this formal **Opposition to the Debtor's Claim Objection** (ECF No. 1115) concerning **Claim No. 24** filed on behalf of the **Robert H. Nicholson Revocable Trust**.

I respectfully oppose the Claim Objection for the following reasons:

---

## 1. Inaccurate Property Valuation – Failure to Account for Necessary Repairs

Prior to voting, I was instructed by Nate at Guardian to check both boxes on the form regarding whether to accept a cash payout or become an equity holder. He informed me that negotiations would occur in August or September. However, the letter I received on August 5, 2025, states that I failed to provide valuation information or engage in negotiations—despite receiving less than six days' notice by mail before the scheduled court hearing.

After multiple discussions with Nate on August 7 and 8, we were unable to reach a resolution. Nate indicated he would confer with Aaron Noe on August 11, but I never received written confirmation or a formal proposal.

The process appears to be unfairly structured to favor Guardian, offering no meaningful protections to investors. Rather than pay out claims, Guardian is pushing for investors to convert to equity—thereby minimizing payouts and offering little or no representation to creditors like myself.

---

## 2. Misrepresentation of Property Condition & Failure to Conduct Due Diligence

All properties I purchased were uninhabitable at the time of acquisition, and Guardian was well aware of this. On March 16, 2023, I drove six hours to meet with Nate at Guardian. During that meeting, he estimated $25,000–$30,000 in repairs would be required per property (see **Exhibit 1 – Hughes, dated 2/13/25**).

Despite multiple requests, I was not provided photographs of the properties until Guardian offloaded them to me in September 2023. Nate had previously stated that the properties were occupied and that photos could not be obtained (see **Exhibit 2 – Hughes, dated 2/15/23**).

Guardian failed to perform proper due diligence and based their evaluations solely on sale prices, rather than actual repair costs. I personally invested approximately $25,000–$30,000 into each property (see **Exhibit 3 – Swift 1**). One of the properties was in such poor condition it was scheduled for demolition by the City of Toledo. Others were transferred to me without any HVAC systems, water heaters, and had major structural damage (e.g., holes in roofs). Despite this, Guardian expected the properties to be "rent ready," which they never were.

### 3. Guardian's Responsibility for Property Damage

The Debtor's objection (Page 4, Line 21) states:

"Guardian has evaluated all claims for property damage expenses to ascertain whether any substantial damage occurred after acquisition from Guardian and prior to March 17, 2023. Damage must be attributed to Guardian's breach under the lease and not attributed to normal wear and tear or to conditions existing at the time of acquisition/lease start date."

According to my lease, the properties were supposed to be "rent ready" upon acquisition. However, the units were never rentable. Therefore, the repair costs I incurred—totaling approximately **$52,369.00**—should have been the responsibility of Guardian due to their breach of lease terms and misrepresentation.

### 4. Unfair Burden of Closing Costs

During negotiations, I was informed that I would not be reimbursed for closing costs. These were primarily due to realtor fees, which would not have applied had Guardian fulfilled its 2-year buyback guarantee. This effectively shifts Guardian's contractual burden onto the investors. I incurred **$34,460.00** in closing costs.

### 5. Unpaid Utility Bills and Property Taxes

I requested that Guardian pay the outstanding utility bills and property taxes associated with the properties, many of which had gone unpaid for years under their management. These charges were supposed to be covered under the Guardian agreement. I provided evidence of these unpaid bills prior to the bankruptcy filing (see **Exhibit 4 – Email dated 2/2/24 to Nate regarding back taxes and utilities**, and **Exhibit 5 – Ohio Total Bills 1**).

### Summary of Damages:

| | | |
|---|---|---|
| $ 52,369.00 | Repairs | |
| $ 63,124.66 | 30 percent value from Guardian on homes | |
| $ 8,996.00 | Utilities/Taxes | |
| $ 34,460.00 | Closing Costs | |
| $158,949.66 | | |

**Request for Hearing:**

I respectfully request that the Court consider and hear this matter during the scheduled proceedings on **August 29, 2025**, and grant any relief deemed appropriate.

Thank you for your time and consideration.

Respectfully submitted,

**Robert H. Nicholson**
Creditor
Robert H. Nicholson Revocable Trust

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

| Binder Tab# | Claim Objection | ECF No. | Notice of Hearing/Amd NOH ECF No. | Cert. of Service ECF No. | Claimant Response ECF No. | Debtor Reply ECF No. | Stipulation to Continue Hrg. or Resolve Claim Obj. | Court Order Resolving Claim Obj. |
|---|---|---|---|---|---|---|---|---|
| 1 | Objection to Claim No. 14 [Scott and Cynthia Kulla Living Trust] | 1109 | 1507 | 1542 | None | | | |
| 2 | Objection to Claim No. 15 [Sherif and Donna Hanna] | 1111 | 1506 | 1543 | None | | | |
| | Objection to Claim No. 19 [John E. and Michelle Hasbrook] [Amended by ECF 1525] | 1113 | 1114 | | None | | | |
| 3 | Objection to Claim No. 24 [Bob Nicholson, Robert H. Nicholson Revocable Trust] | 1115 | 1508 | 1545 | Informally, not filed, see Ex A | | | |
| 4 | Objection to Claim No. 17 [The Han Family Revocable Trust] | 1118 | 1363 | 1546 | None | | | |
| 5 | Objection to Claim Nos. 47 and 90 [Fred Michel, F&J Properties, LLC] | 1120 | 1364 | 1547 | None | | | |
| 6 | Objection to Claim No. 105 [Gaspar Anthony Sacco Revocable Trust] | 1122 | 1365 | 1548 | None | | | |
| 7 | Objection to Claim No. 107 [Alan Spinola] | 1124 | 1366 | 1720 | None | | | |
| 8 | Objection to Claim Nos. 138 and 139 [Eric E. Fox and Theresa L. Fox] | 1126 | 1367 | 1549 | None | | | |
| | Amended Objection to Claim No. 162 [Jim L. Shepperd] | 1129 | 1368 | 1550 | None | | | |
| 9 | Objection to Claim No. 173 [William and Terri Dietlein] | 1131 | 1132 | 1551 | Withdrew Claim ECF 1362 | | Resolved ECF 1765 | N/A |
| 10 | Objection to Claim No. 182 [Bart Eric Probasco] | 1133 | 1369 | 1552 | None | | | |
| 11 | Objection to Claim No. 193 [Lester and Diane Cunningham] | 1135 | 1370 | | None | | | |
| 12 | Objection to Claim No. 156 [Steve J. Yang, Trustee of the SJY Living Trust Dated March 24, 2020] | 1137 | 1371 | 1553 | 1580 | 1749; Noe Dec 1751 | | |
| 13 | Objection to Claim No. 29 [Charles D. Earle & Lorraine Y. Earle] | 1143 | 1372 | 1556 | 1619 | 1750 | | |
| 14 | Objection to Claim Nos. 34 and 35 [Crom Family Trust, Sean and Laurie Crom] | 1145 | 1373 | 1557 | None | | | |
| 15 | Objection to Claim No. 34 [Sami Zamzam, The Zamzam Family Trust] | 1147 | 1374 | 1558 | None | | | |
| 16 | Objection to Claim Nos. 35 and 52 [Martin H. Meckler] | 1149 | 1375 | 1559 | Stip ECF 1731 | | Resolved | ECF 1743 |
| 17 | Objection to Claim No. 38 [The Darryl Allen Revocable Trust] | 1151 | 1376 | 1560 | None | | | |
| 18 | Objection to Claim Nos. 49 and 50; 49-2 [RFT Investments, LLC/ 6 to 7 Investments, LLC] | 1153 | 1377 | 1561 | Stip ECF 1623, 1622 | | Resolved | ECF 1759 |
| 19 | Objection to Claim No. 53 [Michael E. Waters and Patti S. Waters] | 1155 | 1378 | 1562 | None | | | |

| Binder Tab# | Claim Objection | ECF No. | Notice of Hearing/Amd NOH ECF No. | Cert. of Service ECF No. | Claimant Response ECF No. | Debtor Reply ECF No. | Stipulation to Continue Hrg. or Resolve Claim Obj. | Court Order Resolving Claim Obj. |
|---|---|---|---|---|---|---|---|---|
| 20 | Objection to Claim No. 55 [Timothy E. Draper and Robin L. Draper] | 1157 | 1158 | | Stip ECF 1757 | | Resolved | ECF 1762 |
| | Objection to Claim No. 56 [Auburn Ridge Capital, LLC] | 1159 | 1380 | 1563 | None | | | |
| 21 | Objection to Claim Nos. 73 and 74 [Deborah Anne V. Morris] | 1161 | 1381 | 1564 | None | | | |
| | Objection to Claim No. 79 [Berg Tremain Properties] | 1163 | 1164 | | Stip ECF 1752 | | Resolved | Lodged |
| | Objection to Claim No. 58 [Orion Holdings II, Inc.] **[Amended by ECF 1358]** | 1165 | 1166 | | | | | |
| 22 | Objection to Claim No. 101 [Teton Arroyo, Inc.] | 1167 | 1384 | 1566 | None | | | |
| | Objection to Claim No. 106 [Brian Burns and Stephanie Stimmell] | 1169 | 1170 | | | | Re-noticing for 10/30/25 | |
| | Objection to Claim Nos. 122, 123, 124 [Stephen and Rondi Rembert; Rembert Retirement, LLC; Rembert Rental Properties, LLC] | 1171 | 1172 | | Stips ECF 1629, 1630, 1730 | | Resolved | ECF 1738, 1737, 1739 |
| 23 | Objection to Claim No. 129 [Catania Family Trust] | 1173 | 1385 | 1567 | None | | | |
| 24 | Objection to Claim No. 134 [The 1999 William Yee and Wing-Yee Revocable Trust] | 1175 | 1388 | 1568 | None | | | |
| 25 | Objection to Claim No. 137 [Elliot Epstein] | 1177 | 1389 | 1569 | None | | | |
| 26 | Objection to Claim No. 142 [John and Denise Schlueter] | 1179 | 1391 | 1570 | None | | | |
| 27 | Objection to Claim No. 150 [James Sarnelle and Judith Sarnelle] | 1181 | 1392 | 1571 | None | | | |
| 28 | Objection to Claim No. 152 [Murphy Family Trust Dated November 23, 2010] | 1183 | 1394 | 1572 | None | | | |
| 29 | Objection to Claim No. 163 [Carol Waltens, Trustee of the Carol E. Waltens Family Living Trust dated June 21, 2019] | 1185 | 1395 | 1573 | None | | | |
| 30 | Objection to Claim No. 164 [Hy Sao & Wai Sao] | 1187 | 1396 | 1574 | None | | | |
| 31 | Objection to Claim No. 166 [Lebo and Merritt Newman TIC] | 1189 | 1529 | 1575 | Stip ECF 1719 | | Cont Hrg 10/30/25 | |
| 32 | Objection to Claim No. 172 [Dallas Debatin Revocable Living Trust] | 1191 | 1398 | 1576 | Stip ECF 1719 | | Cont Hrg 10/30/25 | |
| 33 | Objection to Claim No.175 [The Wendell and Nancy King Family Trust] | 1193 | 1401 | 1583 | None | | | |
| 34 | Objection to Claim No. 186 [Dan Allen, DAM Properties, LLC] | 1195 | 1403 | 1584 | None | | | |
| 35 | Objection to Claim No. 197 [Edward Rodiel] | 1197 | 1404 | 1585 | None | | | |
| 36 | Objection to Claim No. 198 [Don Roland Griffiths Jr. and Marcia Lynn Griffiths] | 1199 | 1425 | 1586 | None | | | |
| 37 | Objection to Claim No. 204 [Mark Bohne] | 1201 | 1424 | 1587 | None | | | |

| Binder Tab# | Claim Objection | ECF No. | Notice of Hearing/Amd NOH ECF No. | Cert. of Service ECF No. | Claimant Response ECF No. | Debtor Reply ECF No. | Stipulation to Continue Hrg. or Resolve Claim Obj. | Court Order Resolving Claim Obj. |
|---|---|---|---|---|---|---|---|---|
| 38 | Objection to Claim No. 206 [Patricia Gregor] | 1203 | 1423 | 1588 | None | | | |
| 39 | Objection to Claim No. 209 [Bradley H. Johnson and Reid Johnson] | 1205 | 1422 | 1589 | Stip ECF 1649 | | Cont Hrg 10/30/25 | |
| 40 | Objection to Claim No. 210 [Stephen and Lori Davey] | 1207 | 1420 | 1590 | None | | | |
| 41 | Objection to Claim No. 213 [Almond Blossom Properties, LLC] | 1209 | 1419 | 1591 | None | | | |
| 42 | Objection to Claim No. 220 [The Eichelberger Chen 2017 Family Trust] | 1211 | 1418 | 1592 | Stip ECF 1733 | | Resolved | ECF 1744 |
| 43 | Objection to Claim No. 225 [Ryan W. Hansen, Trustee of the Ryan and Shonee Hansen Living Trust] | 1213 | 1417 | 1593 | None | | | |
| 44 | Objection to Claim No. 239 [Michael Hartfield] | 1215 | 1416 | 1594 | None | | | |
| 45 | Objection to Claim No. 245 [William C. Prentiss Revocable Trust dated 06/07/08] | 1217 | 1415 | 1595 | None | | | |
| 46 | Objection to Claim No. 248 [The Van Der Bokke Family Trust] | 1219 | 1413 | 1596 | Stip ECF 1635 | | Resolved | ECF 1736 |
| | Objection to Claim No. 254 [Luke C. Kelly and Sally A. Parsons] (Amended by ECF 1534) | 1222 | 1412 | | | | | |
| 47 | Objection to Claim Nos. 258 and 260 [Douglas Green, Home Angels LLC] | 1224 | 1408 | 1598 | None | | | |
| 48 | Objection to Claim No. 259 [Ursula Wehrgagen-Kastell] | 1226 | 1410 | 1599 | None | | | |
| 49 | Objection to Claim No. 266 [Bill Edwards, William D. Edwards & Marjorie J. Edwards Revocable Trust] | 1228 | 1407 | 1600 | Stip ECF 1624 | | Resolved | ECF 1742 |
| 50 | Objection to Claim No. 273 [Andrew Lodato and Misti Lodato] | 1230 | 1427 | 1601 | None | | | |
| | Objection to Claim No. 1233 [Kent and Pat Phillips Family Trust] (Amended by ECF 1512) | 1233 | 1513 | | Stip ECF 1680 | | Cont Hrg 10/30/25 | |
| 51 | Objection to Claim No. 279 [Talbir Singh, Giani Missouri, LLC] | 1235 | 1428 | 1603 | None | | | |
| 52 | Objection to Claim No. 282 [Dailey Properties, Inc.] | 1236 | 1429 | 1604 | None | | | |
| 53 | Objection to Claim No. 283 [Ken Stamey, The 2006 Kenneth F. Stamey and Catherine R. Jeffers-Stamey Revocable Trust] | 1237 | 1430 | 1605 | None | | | |
| 54 | Objection to Allowance of Claim No. 284 [Squires Family Trust] | 1238 | 1431 | 1606 | None | | | |
| 55 | Objection to Claim No. 285 [Mike Thomas, Michael Harold and Lynda Janine Thomas Revocable Living Trust] | 1239 | 1443 | 1607 | None | | | |
| 56 | Objection to Claim No. 286 [Insprint Ventures, LLC] | 1240 | 1444 | 1608 | None | | | |
| 57 | Objection to Claim No. 287 [Lorenz and Frances Robinson 2015 Family Trust] | 1241 | 1445 | 1609 | None | | | |
| 58 | Objection to Claim No. 290 of The Chen 2014 Trust, DTD: September 30, 2014 | 1243 | | | | | Re-notice for 10/30/25 | |

| Binder Tab# | Claim Objection | ECF No. | Notice of Hearing/Amd NOH ECF No. | Cert. of Service ECF No. | Claimant Response ECF No. | Debtor Reply ECF No. | Stipulation to Continue Hrg. or Resolve Claim Obj. | Court Order Resolving Claim Obj. |
|---|---|---|---|---|---|---|---|---|
| 59 | Objection to Claim No. 291 [Michael and Analisa Jones] | 1244 | 1446 | 1610 | None | | | |
| 60 | Objection to Claim Nos. 296 and 323 [The L.I. and T.I. Living Trust] | 1246 | 1447 | 1611 | None | | | |
| 61 | Objection to Claim No. 299 [Yang and Li Enterprises, LLC] | 1247 | 1448 | 1612 | None | | | |
| 62 | Objection to Claim No. 304 [Ryan Barnhurst] | 1248 | 1449 | 1613 | None | | | |
| 63 | Objection to Claim No. 212 [John M. Harrigan and Laura A. Harrigan 2000 Family Trust] | 1249 | 1386 | 1614 | None | | | |
| 64 | Objection to Claim No. 307 [Watson Family Trust] | 1250 | 1450 | 1615 | Stip ECF 1628 | | Resolved | ECF 1741 |
| 65 | Objection to Claim No. 228 [Kiesitz Living Trust] | 1251 | 1387 | 1616 | None | | | |
| 66 | Objection to Claim No. 263 [NBC Limited, Fred & Victoria Myer] | 1252 | 1390 | 1617 | None | | | |
| 67 | Objection to Claim No. 309 [JED Properties, LLC] | 1253 | 1451 | 1618 | None | | | |
| 68 | Objection to Claim No. 298 [David J. Perez] | 1254 | 1393 | 1632 | None | | | |
| 69 | Objection to Claim No. 313 [Bertram Frank Jones] | 1255 | 1456 | 1633 | None | | | |
| 70 | Objection to Claim No. 303 [The Olson Family Revocable Trust dated November 14, 2017] | 1256 | 1397 | 1634 | None | | | |
| 71 | Objection to Claim No. 305 [House Divided, LLC] | 1257 | 1399 | 1636 | None | | | |
| 72 | Objection to Claim Nos. 321 and 322 [The 1992 Stoll Family Trust] | 1258 | 1459 | 1637 | None | | | |
| 73 | Objection to Claim No. 311 [David McKinley] | 1259 | 1400 | 1638 | None | | | |
| 74 | Objection to Claim No. 324 [H2OS Real Estate, LLC] | 1260 | 1460 | 1639 | None | | | |
| 75 | Objection to Claim No. 327 [The Cuisia Dabir Trust dated November 16, 2014] | 1261 | 1461 | 1641 | None | | | |
| 72 | Objection to Claim No. 312 [David McKinley and Stephanie McKinley] | 1262 | 1402 | 1726 | None | | | |
| 77 | Objection to Claim No. 329 [Eigene E. Hood] | 1263 | 1462 | 1642 | None | | | |
| 78 | Objection to Claim No. 315 [The Judy Lu Shaltenberger Living Trust dated 9/6/02] | 1264 | 1405 | 1643 | Stip ECF 1719 | | Cont Hrg 10/30/25 | |
| 79 | Objection to Claim Nos. 325 and 332 [The Saling Family Trust] | 1265 | 1437 | 1645 | 1621 | 1748 | | |
| 80 | Objection to Claim No. 330 [Jayleen Chen] | 1266 | 1531 | 1646 | None | | | |
| 81 | Objection to Claim No. 349 [Mervin P. and June R. Coover] Objection to Claim No. 331 [The Sharon C. Strong Trust UTA September 30, 2000] | 1267 1268 | 1463 | 1734 1647 | Stip 1734 None | | Resolved | ECF 1745 |
| 82 | Objection to Claim No. 350 [Darren P. Evans] | 1269 | 1438 | 1648 | Stip ECF 1649 | | Cont Hrg 10/30/25 | |
| 83 | Objection to Claim No. 335 [Sue-Jen Sheu Living Trust dated November 21, 2014] | 1270 | 1464 | 1650 | None | | | |

| Binder Tab# | Claim Objection | ECF No. | Notice of Hearing/Amd NOH ECF No. | Cert. of Service ECF No. | Claimant Response ECF No. | Debtor Reply ECF No. | Stipulation to Continue Hrg. or Resolve Claim Obj. | Court Order Resolving Claim Obj. |
|---|---|---|---|---|---|---|---|---|
| 84 | Objection to Claim No. 337 [Wesley Hall, Hall Living Trust] | 1271 | 1465 | 1651 | Stip ECF 1719 | | Cont Hrg 10/30/25 | |
| 85 | Objection to Claim Nos. 370 and 371 [Aaron P. Lukas and Carolyn L. Lukas] | 1272 | 1435 | 1652 | Settled | | Settlement agreement pending/ vacate hrg | N/A |
| 86 | Objection to Claim No. 339 [Linh Tsai] | 1273 | 1466 | 1653 | None | | | |
| 87 | Objection to Claim No. 368 [Crazy Deer Properties, LLC] | 1274 | 1434 | 1654 | Stip ECF 1649 | | Cont Hrg 10/30/25 | |
| 88 | Objection to Claim No. 340 [Tsai Family Trust dated December 18, 2003] | 1275 | 1467 | 1655 | None | | | |
| 89 | Objection to Claim No. 393 [MKH Trust 1 [Mark & Kris Hughes]] | 1276 | 1436 | 1656 | None | | | |
| | Objection to Claim No. 409 [Dylan Proehl] | 1277 | | | | | | |
| | Objection to Claim No. 343 [Paul J. and Linda E. Dorsa Family Trust Agreement dtd 1/29/85] | 1279 | | | Stip ECF 1756 | | Resolved | Lodged |
| 90 | Objection to Claim No. 420 [Potter Holdings, LLC] | 1280 | 1432 | 1658 | None | | | |
| 91 | Objection to Allowance of Claim No. 345 [Edmondson Family Trust] | 1281 | 1469 | 1659 | Stip ECF 1753 | | Resolved | ECF 1758 |
| 92 | Objection to Claim No. 346 [Grover C. Edmondson III] | 1282 | 1471 | 1660 | Stip ECF 1763 | | Resolved | ECF 1764 |
| 93 | Objection to Claim No. 360 [Hills Properties LLC] | 1283 | 1524 | 1661 | Stip ECF 1649 | | Cont Hrg 10/30/25 | |
| 94 | Objection to Claim No. 359 [Kathleen Bender, Trustee] | 1284 | 1472 | 1662 | None | | | |
| | Objection to Claim No. 199 [Scott W. Wrye and Christine L. McAvoy] (amended by ECF 1504) | 1285 | 1505 | | 1620 | | | |
| 95 | Objection to Claim No. 203 [Steven D. Haynes and Denise M. Haynes] | 1286 | 1433 | 1664 | None | | | |
| 96 | Objection to Claim No. 363 [Charles M. Lamar and Carolyn B. Lamar] | 1287 | 1473 | 1665 | None | | | |
| 97 | Objection to Claim No. 364 [Robin W. Owen] | 1288 | 1474 | 1666 | None | | | |
| 98 | Objection to Claim Nos. 269 and 270 [Royal Court Apartments, LLC] | 1289 | 1441 | 1667 | None | | | |
| 99 | Objection to Claim No. 33 [Cody Edwards, Trustee] | 1290 | 1528 | | Stip ECF 1649 | | Cont Hrg 10/30/25 | |
| 100 | Objection to Claim Nos. 267 and 268 [Royal Continental Towne House, LLC] | 1291 | 1440 | 1668 | None | | | |
| 101 | Objection to Claim No. 288 [Fireside Estates, LLC-2740 Series] | 1292 | 1475 | 1669 | Stip pending | | Resolved/ Pending Stipulation | |
| 102 | Objection to Claim No. 289 [Jeff Chen/Lwin and Flora Lwin] | 1293 | 1476 | 1670 | Stip pending | | Resolved/ Pending Stipulation | |

| Binder Tab# | Claim Objection | ECF No. | Notice of Hearing/Amd NOH ECF No. | Cert. of Service ECF No. | Claimant Response ECF No. | Debtor Reply ECF No. | Stipulation to Continue Hrg. or Resolve Claim Obj. | Court Order Resolving Claim Obj. |
|---|---|---|---|---|---|---|---|---|
| 103 | Objection to Claim No. 407 [Heidi Thomas] **[Amended by ECF 1498]** | 1294 | 1500 | | 1620 | | | |
| | Objection to Claim No. 352 [Douglas Govetzian] | 1295 | 1477 | 1672 | Stip ECF 1649 | | Cont Hrg 10/30/25 | |
| 104 | Objection to Claim No. 353 [Douglas Govetzian and Patricia Sullivan] | 1296 | 1526 | 1673 | Stip ECF 1649 | | Cont Hrg 10/30/25 | |
| 105 | Objection to Claim Nos. 271 and 272 [Royal Guard Towne House, LLC] | 1297 | 1439 | 1674 | None | | | Lodged |
| | Objection to Claim 366 [Creekside Pines, LLC] | 1298 | | | Stip ECF 1626 | | Resolved | |
| 106 | Objection to Claim No. 367 [David E. and Nancy O. Clement, Trustees] | 1299 | 1523 | | Stip ECF 1649 | | Cont Hrg 10/30/25 | |
| 107 | Objection to Claim No. 372 [CG2632, LLC] | 1300 | 1478 | 1675 | Stip ECF 1649 | | Cont Hrg 10/30/25 | |
| 108 | Objection to Claim No. 374 [Dog Luv LLC] | 1301 | 1479 | 1676 | None | | | |
| 109 | Objection to Claim No. 377 [Stanley S. Stanley] | 1302 | 1480 | 1677 | None | | | |
| 110 | Objection to Claim No. 378 [RNB Global, LLC Series 1] | 1303 | 1481 | 1681 | Stip ECF 1746 | | Resolved | ECF 1747 |
| 111 | Objection to Claim Nos. 381 and 419 [Nancy Opie Clement] | 1304 | 1519 | | Stip ECF 1631 | | Resolved | ECF 1735 |
| 112 | Objection to Claim No. 382 [Michelle A. Jordan] | 1305 | | 1682 | None | | | |
| 113 | Objection to Allowance of Claim No. 383 [Dean Smith, Doodle Properties, LLC] | 1306 | 1518 | 1684 | None | | | |
| 114 | Objection to Claim No. 384 [David Drown Wiggins and Shaun Wiggins Family Trust dated March 11, 1996] | 1307 | 1517 | 1686 | None | | | |
| | Objection to Claim No. 386 [BXB Holding, LLC-511 E. Spear St. Series] [Amended by ECF | 1308 | | | 1620 | | | |
| 115 | Objection to Claim No. 387 [Dave McCombs, The Dave McCombs Trust] | 1309 | 1509 | 1688 | Stip ECF 1732 | | Resolved | ECF 1755 |
| | Objection to Claim No. 388 [BXB Holdings LLC-211 S. Minnesota St. Series] **(Amended by ECF 1532)** | 1310 | | | 1620 | | | |
| | Objection to Claim No. 389 [BXB Holdings LLC-1937 Hamilton Ave. Series] **(Amended by ECF 1536)** | 1311 | | | 1620 | | | |
| | Omnibus Objection to Claim Nos. 292, 293, 294 and 397 [Bhupinder Estates; Kyle & Sandra Krch; Luckyland Properties, LLC **(Amended by ECF 1356)** | 1312 | 1357 | | None | | | |
| 116 | Objection to Claim Nos. 348 and 403 [Markus Seelig] | 1313 | 1503 | 1691 | None | | | |
| 117 | Objection to Claim No. 237 [The McMinn Family Revocable Trust of 1999 dated May 21, 1999] | 1314 | 1502 | 1692 | Response pending | | Pending stip to cont hrg 10/30/25 | |
| 118 | Objection to Claim No. 390 [Ronald Bauer] | 1315 | 1501 | 1693 | None | | | |
| 119 | Objection to Claim No. 391 [Gary Gilberg and Karyn Freested Family Trust] | 1316 | 1499 | 1694 | 1620 | | | |

| Binder Tab# | Claim Objection | ECF No. | Notice of Hearing/Amd NOH ECF No. | Cert. of Service ECF No. | Claimant Response ECF No. | Debtor Reply ECF No. | Stipulation to Continue Hrg. or Resolve Claim Obj. | Court Order Resolving Claim Obj. |
|---|---|---|---|---|---|---|---|---|
| 120 | Objection to Claim No. 113 [McMinn Family Trust dated June 25, 2019] | 1317 | 1497 | 1695 | Response pending | | Pending stip to cont hrg 10/30/25 | |
| 121 | Objection to Claim No. 394 [Ruth A.R. Shimabukuro] | 1318 | 1530 | 1696 | None | | | |
| 122 | Objection to Claim No. 2 [Michael P. Delaney] | 1319 | 1496 | 1697 | None | | | |
| 123 | Objection to Claim Nos. 402 and 408 [Christopher David Lee] | 1320 | 1495 | 1698 | None | | | |
| | Omnibus Objection to Multiple Claims (Class 7A) (See separate notes) | 1321 | 1406 | 1721, 1725 | See separate notes, Ex C | | | |
| 124 | Objection to Claim No. 413 [Richard Judd Hanna] | 1322 | 1492 | 1699 | None | | | |
| 125 | Objection to Claim No. 404 [Pilgrim Remembrance Holdings, LLC] | 1323 | 1491 | 1700 | 1620 | | | |
| | Omnibus Objection to Multiple Claims (Class 7A) (See separate notes) | 1324 | 1409 | 1722 | See separate notes, Ex C | | | |
| 126 | Objection to Claim No. 405 [Todd Minard] | 1325 | 1490 | 1701 | None | | | |
| | Omnibus Objection to Multiple Claims (Class 7A) (See separate notes) | 1326 | 1411 | 1723 | See separate notes, Ex C | | | |
| 127 | Objection to Claim No. 406 [Davy J. Tyburski] | 1327 | 1489 | 1702 | None | | | |
| 128 | Objection to Duplicate Proof of Claim No. 241 [Watson Family Trust, Under Declaration of Trust Dated November 11, 2005] | 1328 | 1458 | 1703 | None | | | |
| 129 | Objection to Claim No. 415 [Rae Wayne] | 1329 | 1487 | 1704 | Stip ECF 1625 | | Resolved | ECF 1740 |
| 130 | Objection to Duplicate Proof of Claim No. 13 [Wesley Friesen] | 1330 | 1453 | 1705 | None | | | |
| 131 | Objection to Duplicate Proof of Claim No. 111 [John D. Scarola] | 1331 | 1457 | 1706 | None | | | |
| 132 | Objection to Claim No. 395 [Rodney Lee Swetland] | 1332 | 1485 | 1707 | Stip ECF 1644 | | Cont Hrg 10/30/25 | |
| 133 | Objection to Duplicate Proof of Claim No. 7 [Dean G. Malloy Trust dated April 19, 2010] | 1333 | 1452 | 1708 | None | | | |
| 134 | Objection to Claim No. 399 [Bill Hughes, W.J. Hughes Family Trust] | 1334 | 1484 | 1709 | None | | | |
| 135 | Objection to Duplicate Proof of Claim No. 21 [Mary K. Cagle, Trustee of the Joseph and Mary K. Lee Revocable Trust - Survivor's Trust] | 1335 | 1454 | 1710 | None | | | |
| 136 | Objection to Proof of Claim No. 70 [BC III Properties, LLC] | 1336 | 1455 | 1711 | None | | | |
| 137 | Objection to Claim No. 401 [Allerton Holdings, LLC] | 1337 | 1514 | 1712 | 1620 | | | |
| | Objection to Claim No. 36 [Paolo Poidmore and/or Shawntel Poidmore, Trustees] | 1338 | | | Stip ECF 1577 | | Resolved | ECF 1578 |
| | Objection to Claim Nos. 398 and 400 [Kenneth and Karen Degney] (Amended by ECF 1510) | 1339 | 1511 | | 1620 | | | |

| Binder Tab# | Claim Objection | ECF No. | Notice of Hearing/Amd NOH ECF No. | Cert. of Service ECF No. | Claimant Response ECF No. | Debtor Reply ECF No. | Stipulation to Continue Hrg. or Resolve Claim Obj. | Court Order Resolving Claim Obj. |
|---|---|---|---|---|---|---|---|---|
| 138 | Objection to Claim No. 369 [PAC Investor Group, LLC] | 1340 | 1483 | 1714 | Stip ECF 1649 | | Cont Hrg 10/30/25 | |
| | Objection to Claim No. 432 [Richard Messina] **(Amended by ECF 1515)** | 1341 | 1516 | | | | | Lodged |
| | Objection to Claim No. 232 [Larry Weigel] | 1342 | | | Stip ECF 1627 | | Resolved | |
| 139 | Objection to Invalid Claim No. 205 [Jacqueline Barboza] | 1343 | 1482 | 1716 | None | | | |
| | Omnibus Objection to Claim Nos. 292, 293, 294 and 397 [Bhupinder Estates; Kyle & Sandra Krch; Luckyland Properties, LLC | 1356 | 1426 | 1725 | None | | | |
| 140 | Amended Objection to Claim No. 98 [Orion Holdings II, Inc.] | 1358 | 1522 | 1565 | None | | | |
| 141 | First Amended Objection to Claim No. 409 [Dylan Proehl] | 1468 | 1470 | 1657 | None | | | |
| 142 | Amended Objection to Claim Nos. 4 and 59 [Telecom Associates] | 1486 | 1488 | 1555 | None | | | |
| 143 | Amended Objection to Claim Nos. 3 and 58 [Bella Group, LLC] | 1493 | 1494 | 1554 | None | | | |
| 144 | Amended Objection to Claim No. 407 [Heidi Thomas] | 1498 | 1500 | 1671 | 1620 | | | |
| 145 | Amended Objection to Claim No. 199 [Scott W. Wrye and Christine L. McAvoy] | 1504 | 1505 | 1663 | 1620 | | | |
| 146 | Amended Objection to Claim Nos. 398 and 400 [Kenneth and Karen Degney] | 1510 | 1511 | 1713 | 1620 | | | |
| 147 | Amended Objection to Claim No. 274 [Kent & Pat Phillips Family Trust March 2003] | 1512 | 1513 | 1602 | Stip ECF 1678 | | Cont Hrg 10/30/25 | |
| 148 | Amended Objection to Claim No. 423 [Richard Messina] | 1515 | 1516 | 1715 | None | | | |
| 149 | Amended Objection to Claim No. 386 [BXB Holdings, LLC-511 E. Spear St. Series] | 1520 | 1521 | 1687 | 1620 | | | |
| 150 | Amended Objection to Claim No. 19 [John E. & Michelle L. Hasbrook] | 1525 | 1527 | 1544 | None | | | |
| 151 | Amended Objection to Claim No. 388 [BXB Holdings, LLC-212 S. Minnesota St. Series] | 1532 | 1533 | 1689 | 1620 | | | |
| 152 | Amended Objection to Claim No. 254 [Luke C. Kelly and Sally A. Parsons] | 1534 | 1535 | 1597 | None | | | |
| 153 | Amended Objection to Claim No. 389 [BXB Holdings, LLC-1937 Hamilton Ave. Series] | 1536 | 1537 | 1690 | 1620 | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C
# (C1, C2, C3)

| Binder Tab # | Claim Objection | ECF No. | Notice of Hearing ECF No. | Cert. of Service ECF No. | Stipulation to Continue Hrg. | Stip to Resolve Claim | Claimant Response | Court Order Resolving Claim Obj. |
|---|---|---|---|---|---|---|---|---|
| 1 | Omnibus Objection to Allowance of Class 7A Claims [Part I] **(See Ex C1)** | 1321 | 1406 | 1721; 1724 | Stip [ECF No. 1719] to Cont. Hrg to 10/30/2025 with respect to Claim No. **194-1** [Centennial Exchange Co. LLC]; Claim No. **171-1** [Dallas Debatin]; and Claim No. **336-1** [Hall Living Trust]. | ECF No. 1622 - Claim No. **49-2** [6 to 7 Investments, LLC] | ECF No. 1620 - Omnibus Opposition by Claim No. **392** [Gary Gilberg Directed Trust Company fbo Gary G. Gilberg IRA] | |
| 2 | Omnibus Objection to Allowance of Class 7A Claims [Part II] **(See Ex C2)** | 1324 | 1409 | 1722 | Stip [ECF No. 1719] to Cont. Hrg to 10/30/2025 with respect to Claim Nos. **177-1 and 196-1** [KMS Group, LLC]; Claim No. **169-1** [Newman 2019 Irrevocable Trust]; and Claim No. **167-1** [Newman Family 2020 Trust]. | | None | |
| 3 | Omnibus Objection to Allowance of Class 7A Claims [Part III] [ **(See Ex C3)** | 1326 | 1411 | 1723 | Stip [ECF No. 1719] to Cont. Hrg to 10/30/25 with respect to Claim No. **76-1** [The 1995 Oliver Charitable Remainder Unitrust]; Claim No. **318-1** [The Judy Lu Shaltenberger Living Trust DTD 6/6/02]; Claim No. **185-1** [The Kirkham Family Trust DTD 9/4/2002]; Claim No. **75-1** [The Oliver Family Trust Dated July 29, 1988]; Claim No. **77-1** [The Rusk Family Trust]; Claim No. **179-2** [TMS Company, LLC]; and Claim No. **118-1** [Westward Corporation]. Pending Stip to Cont. Hrg to 10/30/25 with respect to Claim No. **104-1** [Thomas E. and Lavonne J. Dillian Family Trust-2007] | | None | |
| 4 | Amended Omnibus Objection to Allowance of Claim Nos. 292, 293, 294, 396, and 397 [Insider Claims] | 1356 | 1426 | 1725 | | | None | |

## Ex C1 - Omnibus Objection to Allowance of Class 7A Claims [Part I] [ECF No. 1321]

| Claim No. | Claimant | Date Filed | Amount |
|---|---|---|---|
| 146-1 | 3MZ ENTERPRISES, LLC | 8/9/2023 | $100,000.00 |
| 49-2 (Case No. 23-50233) | 6 TO 7 INVESTMENTS, LLC | 8/1/2023 | $120,000.00 |
| 50-1 | ABRAHAM, DARRYL / FORGE TRUST CO CFBO DARRYL ABRAHAM | 7/6/2032 | $862,975.44 |
| 49-1 | ABRAHAM, KAREN / FORGE TRUST CO CFBO KAREN ABRAHAM | 7/6/2023 | $117,517.41 |
| 211-1 | ABUNDANT LIFE CAPITAL LLC | 8/10/2023 | $314,000.00 |
| 119-1 | ALBERS, MICHAEL / PACIFIC PREMIER TRUST FBO ALBERS, MICHAEL | 8/4/2023 | $30,000.00 |
| 251-1 | ALBERS, MICHAEL / PACIFIC PREMIER TRUST FBO ALBERS, MICHAEL | 8/11/2023 | $30,000.00 |
| 229-1 | ALLEN, PETER STEVEN | 8/11/2023 | $343,207.00 |
| 126-1 | ANDERSON, JOHN / FORGE TRUST CO CFBO JOHN ANDERSON IRA | 8/7/2023 | $190,364.75 |
| 127-1 | ANDERSON, JOHN / FORGE TRUST CO CFBO MARY ANDERSON IRA | 8/7/2023 | $125,152.38 |
| 10-1 | ANGELL, SUSAN | 5/18/2023 | $150,000.00 |
| 161-1 | ANGELO LOUIS ANDREINI III LIVING TRUST | 8/9/2023 | $250,000.00 |
| 116-1 | AYACHE LIVING TRUST | 8/3/2023 | $924,211.37 |
| 176-1 | AZIM REVOCABLE TRUST / SYED K. AZIM AND NAHIED S. AZIM, TTS | 8/9/2023 | $108,342.00 |
| 183-1 | AZIM, KHALID / FORGE TRUST CO CFBO SYED KHALID AZIM IRA | 8/9/2023 | $307,704.00 |
| 262-1 | BARTOLO, CHRISTOPHER | 8/11/2023 | $105,173.75 |
| 264-1 | BARTOLO, CHRISTOPHER/ PROVIDENT TRUST GROUP LLC FBO CHRISTOPHER BARTOLO | 8/11/2023 | $88,230.90 |
| 216-1 | BASORA, EMANUELA/ FORGE TRUST CO. CFBO EMANUELA BASORA | 8/10/2023 | $41,583.00 |
| 218-1 | BASORA, THOMAS | 8/10/2023 | $186,913.93 |
| 217-1 | BASORA, THOMAS - LIVIA CICAI | 8/10/2023 | $44,475.56 |
| 215-1 | BASORA, THOMAS A.J./ FORGE TRUST CO. CFBO THOMAS BASORA | 8/10/2023 | $42,015.17 |
| 365-1 | BAUER, ROBERT/ PROVIDENT TRUST GROUP LLC FBO ROBERT BAUER IRA | 8/14/2023 | $63,902.13 |
| 78-1 | BERG, DAVID | 7/21/2023 | $80,000.00 |
| 214-1 | BHUPINDER ESTATES, LLC / WILL DODSON | 8/10/2023 | $551,680.62 |
| 1-1 (Case No. 23-50233) | BIDDULPH, ROMNEY B. | 4/24/2023 | $250,000.00 |
| 56-1 | BIDDULPH, ROMNEY B. | 7/13/2023 | $250,000.00 |
| 412-1 | BIDDULPH, ROMNEY B. | 8/14/2023 | $250,000.00 |
| 338-1 | BOURGEOIS FAMILY TRUST/ DOUG BOURGEOIS, | 8/14/2023 | $100,000.00 |
| 334-1 | BOURGEOIS, DOUG/ FORGE TRUST CO. FBO LINDA BOURGEOIS | 8/14/2023 | $30,663.89 |
| 341-1 | BOURGEOIS, DOUG/FORGE TRUST CO. FBO DOUG BOURGEOIS IRA | 8/14/2023 | $29,170.58 |
| 201-1 | BOYDSTON, L.E. BAILEY AND LYNN H./ THE BOYDSTON FAMILY TRUST | 8/10/2023 | $527,567.04 |
| 202-1 | BOYDSTON, LE/ FORGE TRUST CO CFBO LE BOYDSTON IRA | 8/10/2023 | $78,958.12 |
| 114-1 | BROWN FAMILY TRUST OF 2001 | 8/3/2023 | $222,948.55 |
| 125-1 | BUFFALO CREEK PROPERTIES, LLC | 8/7/2023 | $259,419.86 |
| 342-1 | BURGESS, YVONNE MARIE | 8/14/2023 | $193,225.76 |
| 16-1 (Case No. 23-50233) | CA PROPERTY CARE RETIREMENT TRUST | 6/2/2023 | $28,218.86 |
| 39-1 | CA PROPERTY CARE RETIREMENT TRUST | 6/2/2023 | $28,218.86 |
| 46-1 (Case No. 23-50233) | CANGAS FAMILY TRUST/ ANTHONY T. AND ALICE B., CANGAS, TTS | 7/26/2023 | $254,891.82 |
| 87-1 | CANGAS FAMILY TRUST/ ANTHONY T. AND ALICE B.., CANGAS, TTS | 7/26/2023 | $254,891.82 |
| 3-1 | CANGAS FAMILY TRUST/ ANTHONY T. AND ALICE B.., CANGAS, TTS | 5/1/2023 | $254,891.82 |

## Ex C1 - Omnibus Objection to Allowance of Class 7A Claims [Part I] [ECF No. 1321]

| Claim No. | Name | Date | Amount |
|---|---|---|---|
| 41-1 | CASSEL, PETER | 6/6/2023 | $383,363.34 |
| 18-1 (Case No. 23-50233) | CASSEL, PETER AND SARAH | 6/6/2023 | $383,363.34 |
| 5-1 (Case No. 23-50233) | CBPR GROUP LLC | 5/5/2023 | $94,709.36 |
| 60-1 | CBPR GROUP LLC | 7/13/2023 | $94,709.36 |
| 194-1 | CENTENNIAL EXCHANGE CO. LLC | 8/10/2023 | $400,000.00 |
| 302-1 | CHELLING, TODD/ AMERICAN ESTATE & TRUST LC FBO TODD CHELLING IRA | 8/14/2023 | $709,645.07 |
| 31-1 (Case No. 23-50233) | CHING, BRYCE AND SU, CINDY | 6/22/2023 | $300,000.00 |
| 45-1 (Case No. 23-50502) | CHING, RANDALL MING YU | 7/24/2023 | $150,000.00 |
| 276-1 | CHRISTENSEN, ROBERT/ PROVIDENT TRUST GROUP LLC FBO ROBERT CHRISTENSEN SEP IRA | 8/11/2023 | $34,850.70 |
| 154-1 | COLLINS, ERIC | 8/9/2023 | $25,000.00 |
| 158-1 | COOLEY, GREGG | 8/9/2023 | $25,000.00 |
| 112-1 | COSTA FAMILY TRUST DATED 5/18/04 | 8/2/2023 | $224,326.04 |
| 192-1 | COYLE, BRANDEN E./ FORGE TRUST CO. FBO BRANDEN EDWARD COYLE IRA | 8/10/2023 | $270,258.40 |
| 200-1 | COYLE, BRANDEN E./ FORGE TRUST CO. FBO BRANDEN EDWARD COYLE ROTH IRA | 8/10/2023 | $18,078.97 |
| 51-1 | CR DISNEY & PA DISNEY TRUST | 7/7/2023 | $287,357.39 |
| 358-1 | CUMMINGS, LEWIS | 8/14/2023 | $245,210.85 |
| 171-1 | DALLAS D. DEBTAIN REVOCABLE LIVING TRUST | 8/9/2023 | $300,000.00 |
| 355-1 | DEAN & GLORIA SMITH FOUNDATION, INC. | 8/14/2023 | $273,051.00 |
| 91-1 | DELANEY, MICHAEL P. | 7/27/2023 | $1,000.00 |
| 15-1 (Case No. 23-50233) | DONALD B. UNRUH AND DEBRA L. UNRUH REVOCABLE LIVING TRUST | 6/1/2023 | $115,905.82 |
| 356-1 | DOODLE TRUST | 8/14/2023 | $1,605,281.00 |
| 97-1 | DOUGAS S. WILLIAMS AND TRACEY L. WILLIAMS REVOCABLE TRUST | 7/28/2023 | $61,117.85 |
| 51-1 (Case No. 23-50233) | DRAPER, TIMOTHY E. AND ROBIN L. | 7/31/2023 | $267,298.48 |
| 222-1 | DUBANSKI, ROBERT AND GERTRUDE LEE | 8/10/2023 | $148,560.51 |
| 141-1 | EVERLING III, THOMAS JAMES | 8/8/2023 | $123,199.76 |
| 191-1 | FANKHAUSER, CAROL/ EQUITY TRUST COMPANY CUSTODIAN FBO CAROL S. FANKHAUSER | 8/10/2023 | $25,684.78 |
| 189-1 | FANKHAUSER, THOMAS D. AND CAROL. S | 8/10/2023 | $823,267.59 |
| 68-1 | FERGUSON, DEEDRA/ DEEDRA FERGUSON IRA | 7/17/2023 | $108,558.58 |
| 54-1 | FERGUSON, RAYMOND/ RAYMOND FERGUSON IRA | 7/11/2023 | $167,774.69 |
| 416-1 | FIORILLO, RHONDA/ FORGE TRUST  CO C/FBO RHONDA FIORILLO IRA | 8/25/2023 | $810,552.81 |
| 140-1 | GAUMER, RYAN | 8/8/2023 | $133,692.36 |
| 392-2 | GILBERG, GARY/ DIRECTED TRUST COMPANY FBO GARY G GILBERG IRA | 8/22/2023 | $81,524.94 |
| 155-1 | GORCIAK, ADAM AND SAVANNAH | 8/9/2023 | $246,290.74 |
| 89-1 | GORCIAK, GEORGE JOSEPH AND MARGARET S. | 7/26/2023 | $414,475.77 |
| 336-1 | HALL LIVING TRUST | 8/14/2023 | $50,000.00 |
| 27-1 (Case No. 23-50233) | HAMILTON, PAMELA WEBBER | 6/21/2023 | $449,261.00 |
| 46-1 | HAMILTON, PAMELA WEBBER | 7/6/2023 | $449,261.00 |
| 94-1 | HENDERSON CHILDREN'S TRUST | 7/28/2023 | $67,097.79 |
| 20-1 (Case No. 23-50233) | HERMAN D. GRIMM AND BARBARA T GRIMM TRUST DTD APRIL 29, 2008 | 6/7/2023 | $106,874.00 |
| 42-1 | HERMAN D. GRIMM AND BARBARA T GRIMM TRUST DTD APRIL 29, 2008 | 6/7/2023 | $106,874.00 |
| 351-1 | HESTER, BRADLEY CHARLES | 8/14/2023 | $29,568.82 |

## Ex C1 - Omnibus Objection to Allowance of Class 7A Claims [Part I] [ECF No. 1321]

| | | | |
|---|---|---|---|
| 385-1 | HILDRETH, DAVID | 8/14/2023 | $50,000.00 |
| 361-1 | HILLS, MEGGAN/ FORGE TRUST FBO MEGGAN HILLS | 8/14/2023 | $526,740.02 |
| 362-1 | HILLS, STUART AND MEGGAN | 8/14/2023 | $434,806.93 |
| 226-1 | HOGE, CHAD | 8/10/2023 | $249,670.62 |
| 44-1 (Case No. 23-50233) and 44-2 | HOLLINGSWORTH, DANIEL GILES AND VAUGHN | 8/7/2023 | $263,220.99 |
| 80-2 | HOLLINGSWORTH, DANIEL GILES DBA HOLLINGSWORTH HOLIDAYS 401K FBO HOLLINGSWORTH, DANIEL GILES | 8/7/2023 | $98,690.94 |
| 81-2 | HOLLINGSWORTH, DANIEL GILES DBA HOLLINGSWORTH HOLIDAYS 401K FBO HOLLINGSWORTH, VAUGHN | 8/7/2023 | $131,804.38 |
| 31-1 | HORTON, TODD A. | 6/29/2023 | $26,696.70 |
| 2-1 (Case No. 23-50233 | IMBASTARI, ALEXANDER | 5/5/2023 | $317,868.00 |
| 57-1 | IMBASTARI, ALEXANDER | 7/13/2023 | $317,868.00 |
| 93-1 | JAY E. HOUSEHOLDER, SR. TRUST | 7/27/2023 | $217,802.76 |
| 235-1 | JELT HOLDINGS, LLC | 8/11/2023 | $212,000.00 |
| 12-1 (Case No. 23-50233) | JOHNSON FAMILY TRUST, WADE AND DENISE | 5/17/2023 | $760,000.00 |
| 133-1 | JOHNSON, JUSTIN AND HUNT, ELIZABETH | 8/7/2023 | $31,572.04 |
| 136-2 | JOHNSTON, JESS VAN AND MARILYN RUTH | 4/22/2025 | $320,689.11 |
| 10-1 (Case No. 23-50233) | JOINER, ROBERT F. | 5/8/2023 | $506,642.50 |
| 64-1 | JOINER, ROBERT F. | 7/13/2023 | $506,642.50 |
| 373-1 | JON E. HOEFLING AND SHAROND. HOEFLING LIVING TRUST DATED OCTOBER 7, 2002 | 8/14/2023 | $823,983.93 |

## Ex C2 - Omnibus Objection to Allowance of Class 7A Claims [Part II] (ECF No. 1324)

| Claim No. | Claimant | Date Filed | Amount |
|---|---|---|---|
| 8-1 (Case No. 23-50233) | JOSEPH AND LISA HANSEN LIVING TRUST DTD OCTOBER 6, 2014/ JOSEPH HANSEN, CO-TRUSTEE | 5/8/2023 | $88,145.96 |
| 62-1 | JOSEPH AND LISA HANSEN LIVING TRUST DTD OCTOBER 6, 2014/ JOSEPH HANSEN, CO-TRUSTEE | 7/13/2023 | $88,145.96 |
| 328-1 | JTH FAMILY TRUST/ JOHN HUNG | 8/14/2023 | $30,766.69 |
| 414-1 | KATZ, PAUL | 8/21/2023 | $50,000.00 |
| 67-1 | KHOSRAVI, DIANE/ QUEST TRUST COMPANY FBO DIANE KHOSRAVI | 7/17/2023 | $113,017.96 |
| 177-1 | KMS GROUP, LLC | 8/9/2023 | $155,000.00 |
| 196-1 | KMS GROUP, LLC | 8/10/2023 | $161,645.17 |
| 257-1 | LANE, KATHLEEN/ FORGE TRUST CO. CFBO KATHLEEN LANE | 8/11/2023 | $352,412.97 |
| 88-1 | LAW OFFICE OF JEFF AUGUSTINI 401K | 7/26/2023 | $25,663.46 |
| 231-1 | LBDI, LLC | 8/11/2023 | $38,474.97 |
| 16-1 | LINDA A. BARRETT REVOCBALE TRUST | 6/11/2023 | $425,933.71 |
| 165-1 | LINDEMAN, NATHAN AND BRANDY | 8/9/2023 | $151,407.38 |
| 42-1 (Case No. 23-50233) | LIU, VICTORIA | 7/19/2023 | $101,877.07 |
| 41-1 (Case No. 23-50233) | LIU, VICTORIA AND HEEFNER, DAVID BRUCE | 7/19/2023 | $76,407.80 |
| 157-1 | LODATO, VINCENT AND KELLY | 8/9/2023 | $130,836.85 |
| 281-1 | LOWSKY, DAVID | 8/12/2023 | $25,000.00 |
| 207-1 | LUCIA, NANCY | 8/10/2023 | $37,500.00 |
| 147-1 | MARTIN, JASON/ QUEST TRUST CO. FBO JASON MARTIN HSA | 8/9/2023 | $67,789.39 |
| 149-1 | MARTIN, NICOLE S./ QUEST TRUST CO. FBO NICOLE S. MARTIN IRA | 8/9/2023 | $71,337.35 |
| 52-1 (Case No. 23-50233) | MAUGHAN, BRET W. AND BRENDA D./ CO-TTS OF THE BNB JUSTDIDIT LIVING TRUST | 8/4/2023 | $257,789.14 |
| 380-1 | McGRATH, PAUL L. AND JANNETTE | 8/14/2023 | $153,530.03 |
| 113-1 | McMINN FAMILY TRUST DATED JUNE 25, 2019 | 8/3/2023 | $718,649.72 |
| 227-1 | MESSINA, GAIL | 8/10/2023 | $513,597.44 |
| 253-1 | MESTRE'S LAWN SERVICE, INC. | 8/11/2023 | $188,174.20 |
| 234-1 | MILLER FAMILY TRUST DATED NOVEMBER 1, 2019 | 8/11/2023 | $94,579.52 |
| 256-1 | MINARD, TIMOTHY/ FORGE TRUST CO. CFBO TIMOTHY MINARD | 8/11/2023 | $401,638.72 |
| 333-1 | MINARD, TODD | 8/14/2023 | $22,137.94 |
| 37-1 (Case No. 23-50233) | MISSION JAMES CAPITAL HOLDINGS LLC | 7/12/2023 | $78,937.50 |
| 12-1 | MOBERLY, D. KENT AND M. ELAINE | 5/23/2023 | $169,918.58 |
| 99-1 | MORMANDO, DARRELL/ QUEST TRUST CO. FBO DARRELL MORMANDO | 7/31/2023 | $217,857.52 |
| 1-2 | MPD REAL ESTATE INVESTMENTS LLC | 7/27/2023 | $162,003.45 |
| 36-1 | MTC FBO FWCG DIVERSIFIED ALTERNATIVE INCOME FD, LLP | 7/5/2023 | $138,377.00 |
| 54-1 (Case No. 23-50233) | MTC FBO FWCG DIVERSIFIED OPPORTUNITY FD, LLP | 8/11/2023 | $135,388.00 |
| 151-1 | MUSSEHL, STEPHAN AND BARBARA | 8/9/2023 | $32,392.48 |
| 169-1 | NEWMAN 2019 IRREVOCABLE TRUST | 8/9/2023 | $967,000.00 |
| 167-1 | NEWMAN FAMILY 2020 TRUST | 8/9/2023 | $5,354,000.00 |

### Ex C2 – Omnibus Objection to Alowance of Class 7A Claims [Part II] (ECF No. 1324)

| Claim | Name | Date | Amount |
|---|---|---|---|
| 100-1 | ORION HOLDINGS II, INC. | 7/31/2023 | $100,000.00 |
| 369-1 | PAC INVESTOR GROUP, LLC | 8/14/2023 | $152,239.62 |
| 39-1 (Case No. 23-50233) | PACE, JOHN | 7/15/2023 | $16,629.37 |
| 29-1 (Case No. 23-50233) | PATEL, ANUJ | 6/21/2023 | $25,000.00 |
| 280-1 | PATEL, ANUJ | 8/12/2023 | $25,000.00 |
| 86-1 | PERRY LIVING TRUST | 7/25/2023 | $137,729.83 |
| 83-1 | PJF CAPITAL LLC | 7/24/2023 | $92,097.04 |
| 36-1 (Case No. 23-50233) | POIDMORE, TTS, PAOLO AND/OR SHAWNTEL/ POIDMORE FAMILY TRUST | 7/11/2023 | $1,008,174.30 |
| 30-1 (Case No. 23-50233) | POPP, CAROL JO | 6/22/2023 | $523,925.00 |
| 48-1 | POPP, CAROL JO | 7/6/2023 | $523,925.00 |
| 143-1 | PORTER, CLIFTON AND OSHA/ PORTER REVOCABLE LIVING TRUST | 8/9/2023 | $160,413.84 |
| 26-1 | POULOS, MICHAEL | 6/26/2023 | $52,684.12 |
| 25-1 | PRATT, JOSEPH J. | 6/23/2023 | $48,519.00 |
| 14-1 (Case No. 23-50233) | PURSEL, KEVIN/ CUSP HOLDINGS, LLC | 5/25/2023 | $115,000.00 |
| 278-1 | RAHILL, JEFFERSON AS TRUSTEE OF THE JEFFERSON RAHILL 401(K) PLAN | 8/12/2023 | $49,281.37 |
| 244-1 | RAJACIC LVIING TRUST/ RAJACIC, TTS, JOSEPH E. AND CARRIE LOU | 8/11/2023 | $252,439.25 |
| 243-1 | RAJACIC, JOSEPH E./ QUEST IRA FBO JOSEPH RAJACIC | 8/11/2023 | $91,737.00 |
| 326-1 | RANDALL, JOSEPH W. | 8/14/2023 | $27,800.00 |
| 23-1 (Case No. 23-50233) | REESMAN, DAVID | 6/13/2023 | $32,368.25 |
| 224-1 | REESMAN, DAVID | 8/11/2023 | $32,060.86 |
| 22-1 (Case No. 23-50233) | REESMAN, DAVID/ QUEST TRUST CO. FBO DAVID REESMAN IRA | 06/13/203 | $127,711.71 |
| 195-1 | REESMAN, DAVID/ QUEST TRUST CO. FBO DAVID REESMAN IRA | 8/10/2023 | $121,366.00 |
| 122-2 | REMBERT, STEPHEN AND RONDI | 8/29/2023 | $53,859.52 |
| 65-1 | RIGGS LIVING TRUST/ RIGGS, RUSS AND RIGGS, A. TTS | 7/13/2024 | $211,058.98 |
| 379-1 | RNB REVOCABLE FAMILY TRUST | 8/14/2023 | $91,059.30 |
| 102-1 | ROTH, GREGORY AND RITA | 7/31/2023 | $169,849.85 |
| 32-1 (Case No. 23-50233) | RUDAY, ALISON | 6/23/2023 | $220,498.64 |
| 33-1 (Case No. 23-50233) | RUDAY, ALISON/ FORGE TRUST CO. CFBO ALISON RUDAY IRA | 6/23/2023 | $185,251.35 |
| 417-1 | SARIGIANNIDES, JOHN | 8/28/2023 | $133,979.39 |
| 145-1 | SCHLUETER REI, LLC | 8/9/2023 | $50,000.00 |
| 148-1 | SCHLUETER, KATHRYN GRACE/ QUEST TRUST CO. FBO KATHRYN GRACE SCHLUETER HSA | 8/9/2023 | $21,956.47 |
| 82-1 | SEATRIS LIVING TRUST | 7/24/2023 | $50,000.00 |
| 357-1 | SEELIG, MARKUS AND GABRIELLE | 8/14/2023 | $124,053.25 |
| 38-1 (Case No. 23-50233) | SENC, LLC | 7/13/2023 | $105,643.57 |
| 208-2 | SKINNER, RUSSELL E. | 8/10/2023 | $25,769.54 |
| 25-1 (Case No. 23-50233) | SMITH, RUSTIN | 6/20/2023 | $263,220.99 |
| 44-1 (Case No. 23-50177) | SMITH, RUSTIN | 6/20/2023 | $263,220.99 |

### Ex C2 - Omnibus Objection to Allowance of Class 7A Claims [Part II] (ECF No. 1324)

| | | | |
|---|---|---|---|
| 255-1 | SMITH, SAM D. | 8/11/2023 | $210,323.38 |
| 347-1 | SMITH, SAM D. | 8/14/2023 | $325,276.12 |
| 306-1 | SMITH, STEVE/ FORGE TRUST CO. CFBO STEVE SMITH IRA | 8/14/2023 | $726,427.52 |
| 26-1 (Case No. 23-50233) | SNYDER, FRANK/ QUEST TRUST CO. FBO FRANK SNYDER IRA | 6/20/2023 | $523,404.97 |
| 45-1 | SNYDER, FRANK/ QUEST TRUST CO. FBO FRANK SNYDER IRA | 7/6/2023 | $523,404.97 |
| 265-1 | SOLID GROUND LLC | 8/11/2023 | $385,535.26 |
| 69-1 | SPSD RETIREMENT PROPERTIES LLC FBO SALLY ANN PARSONS IRA | 7/18/2023 | $725,895.21 |
| 40-1 (Case No. 23-50233) | STAFFORD, JAMES/ QUEST TRUST COMPANY FBO JAMES STAFFORD | 7/17/2023 | $115,925.55 |
| 28-1 (Case No. 23-50233) | STEVE C. HAMILTON AND PAMELA W. HAMILTON FAMILY TRUST | 6/21/2023 | $120,166.00 |
| 47-1 | STEVE C. HAMILTON AND PAMELA W. HAMILTON FAMILY TRUST | 7/6/2023 | $120,166.00 |
| 308-1 | STEVEN & SALIA SMITH FAMILY TRUST DTD 12.16.15 | 8/14/2023 | $329,665.86 |
| 252-1 | STEVEN AND MARGRETA MESTRE FAMILY TRUST | 8/11/2023 | $235,848.29 |
| 96-1 | STONERIDGE HOLDCO, L.L.C | 7/28/2023 | $500,000.00 |
| 72-1 | SUSAN K. MATHEWS-BRAIK TRUST | 7/19/2023 | $25,000.00 |
| 43-1 (Case No. 23-50233) | TACKE, EDWARD / GFI REAL ESTATE LLC | 7/21/2023 | $156,521.44 |

## EX C3 - Omnibus Objection to Allowance of Class 7A Claims [Part III] (ECF No. 1326)

| Claim No. | Claimant | Date Filed | Amount |
|---|---|---|---|
| 76-1 | THE 1995 OLIVER CHARITABLE REMAINDER UNITRUST | 7/20/2023 | $451,876.45 |
| 9-1 (Case No. 23-50233) | THE CANGAS LIVING TRUST/ CANGAS, LEO | 5/8/2023 | $150,000.00 |
| 63-1 | THE CANGAS LIVING TRUST/ CANGAS, LEO | 7/13/2023 | $150,000.00 |
| 219-1 | THE EICHELBERGER CHEN 2017 FAMILY TRUST | 8/10/2023 | $300,000.00 |
| 128-1 | THE JOHN AND MARY ANDERSON FAMILY TRUST, DATED 2/23/01 | 8/7/2023 | $75,719.96 |
| 318-1 | THE JUDY LU SHALLENBERGER LIVING TRUST DTD 9/6/02 | 8/14/2023 | $209,000.00 |
| 9-1 | THE KELLEY FAMILY TRUST DTD DECEMBER 9, 1989 | 5/18/2023 | $322,111.03 |
| 178-1 | THE KELLEY FAMILY TRUST DTD DECEMBER 9, 1989 | 8/9/2023 | $322,111.03 |
| 319-1 | THE KIRK C. JOHNSON TRUST OF 2007 | 8/14/2023 | $323,154.17 |
| 185-1 | THE KIRKHAM FAMILY TRUST DTD 9/4/2002 | 8/9/2023 | $125,362.11 |
| 246-1 | THE LANE MINARD TRUST | 8/11/2023 | $246,314.75 |
| 4-2 | THE LAWRENCE & CYNTHIA TRENERY TRUST/ LAWRENCE AND CYNTHIA TRENERY, TTS | 8/14/2023 | $350,117.67 |
| 117-1 | THE LEONARD W. AND MARIAN L. RANDOLPH FAMILY TRUST - 2007 | 8/4/2023 | $147,816.55 |
| 300-1 | THE MARGARET JANE CHELLING LIVING TRUST | 8/14/2023 | $378,829.26 |
| 75-1 | THE OLIVER FAMILY TRUST DATED JULY 29, 1988 | 7/20/2023 | $636,027.60 |
| 108-1 | THE ROCK CHRISTIAN COMMUNITY CHURCH | 8/2/2023 | $1,133,876.05 |
| 77-1 | THE RUSK FAMILY TRUST | 7/20/2023 | $394,250.93 |
| 422-1 | THE SCOTT & CYNTHIA KULLA LIVING TRUST DTD 5/24/17 | 11/27/2023 | $649,256.83 |
| 6-1 (Case No. 23-50233) | THE SWANNER FAMILY REVOCABLE LIVING TRUST | 05/08/2023 | $50,000.00 |
| 277-1 | THE TYBURSKI LIVING TRUST/ DAVY JOE TYBURSKI AND GAIL LYNN TYBURSKI, TTS | 8/12/2023 | $23,394.02 |
| 249-1 | THE VAN DER BOKKE FAMILY TRUST | 8/11/2023 | $263,787.50 |
| 109-1 | THE VELK FAMILY TRUST | 8/2/2023 | $208,791.19 |
| 174-1 | THE WENDELL AND NANCY KING FAMILY TRUST | 8/9/2023 | $177,587.00 |
| 104-1 | THOMAS E. AND LAVONNE J. DILLIAN FAMILY TRUST - 2007 | 8/1/2023 | $373,228.36 |
| 144-1 | THUNDER CREEK RANCH SERIES LLC – SERIES B/ DEVIN GNEITING | 8/9/2023 | $300,000.00 |
| 179-2 | TMS COMPANY, LLC | 8/10/2023 | $258,675.14 |
| 8-1 | TONRY, GEORGIA (DECD) FBO SUSAN KELLY IRA | 5/12/2023 | $322,111.03 |
| 180-1 | TONRY, GEORGIA (DECD) FBO SUSAN KELLY IRA | 8/9/2023 | $122,288.69 |
| 95-1 | VALERIE L. HENDERSON TRUST DATED AUGUST 25, 2014 | 7/28/2023 | $50,000.00 |
| 250-1 | VAN DER BOKKE, DAVID | 8/11/2023 | $214,170.00 |
| 18-1 | VAN KIRK, JOHN | 6/16/2023 | $31,805.35 |
| 30-1 | VILLAFUERTE, CARLA EMA MOSQUEDA | 6/28/2023 | $25,919.92 |
| 240-1 | WAGNER, DAVID W. | 8/11/2023 | $53,000.00 |
| 71-1 | WALTON LIVING TRUST/ JOSEPH AND SUZAN WALTON | 7/19/2023 | $458,722.34 |

## EX C3 - Omnibus Objection to Allowance of Class 7A Claims [Part III] (ECF No. 1326)

| | | | |
|---|---|---|---|
| 53-1 (Case No. 23-50233) | WEAVER, JOHN MARK | 8/6/2023 | $101,913.14 |
| 132-1 | WEAVER, JOHN MARK | 8/7/2023 | $101,913.14 |
| 159-1 | WELDON, WILLIAM | 8/9/2023 | $200,000.00 |
| 160-1 | WELSON, WILLIAM/ NUVIEW TRUST CO. FBO WILLIAM WELDON | 8/9/2023 | $350,000.00 |
| 118-1 | WESTWARD CORPORATION | 8/4/2023 | $1,000,000.00 |
| 17-1 (Case No. 23-50233) | WHANN, CAROL/ PACIFIC PREMIER TRUST FBO WHANN, CAROL | 6/6/2023 | $388,567.00 |
| 40-1 | WHANN, CAROL/ PACIFIC PREMIER TRUST FBO WHANN, CAROL | 6/6/2023 | $388,567.00 |
| 66-1 | WHITNEY, BERNARD | 7/14/2023 | $814,928.00 |
| 236-1 | WIGWAG FARMS LLC | 8/11/2023 | $107,117.00 |
| 275-1 | WILBURT W. SIMPSON FAMILY 1991 TRUST | 8/11/2023 | $510,968.88 |
| 37-1 | WILLIAMS JR., ROBERT D. | 7/5/2023 | $100,000.00 |
| 181-1 | WILLIAMS, DAVID | 8/9/2023 | $441,716.54 |
| 184-1 | WILLIAMS, DAVID/ PROVIDENT TRUST GROUP FBO DAVID WILLIAMS ROTH IRA | 8/9/2023 | $75,620.97 |
| 418-1 | WOLF LIVING TRUST DATED FEBRUARY 13, 2019/BRYAN JAMES WOLF, TRUSTEE | 8/30/2023 | $408,161.56 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

1

2

3

4

5

6

7    HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ. NVB 1463
Email: steve@harrislawreno.com
8    NORMA GUARIGLIA, ESQ. NVB 16244
Email: norma@harrislawreno.com
9    850 E. Patriot Blvd., Suite F
Reno, NV 89511
10    Telephone: (775) 786-7600
*Attorneys for Jointly Administered Debtors*

11

12

13                      UNITED STATES BANKRUPTCY COURT

14                         FOR THE DISTRICT OF NEVADA

15                                    * * * * *

16    IN RE:                          Case No.: BK-23-50177-hlb
                                      Case No.: BK-23-50233-hlb
17    GUARDIAN FUND, LLC,             **Consolidated Under Case No. BK-23-50177-hlb**
                                      (Chapter 11)
18    ☒ AFFECTS THIS DEBTOR
                                      Jointly Administered with:
19    ☐ AFFECTS GUARDIAN CV1, LLC

20    ☐ AFFECTS GUARDIAN CV2, LLC     | 23-50951-hlb | Guardian CV1, LLC |
                                      | 23-50952-hlb | Guardian CV2, LLC |
21    ☐ AFFECTS ALL DEBTORS

22                  Debtors.          *[PROPOSED]* **ORDER SUSTAINING
                                      DEBTOR'S OBJECTION TO
23                                    ALLOWANCE OF CLAIM NO. _____
                                      [CLAIMANT NAME]**

24                                    Hearing Date:  August 29, 2025
                                      Hearing Time:  1:30 p.m.
25

26    _____/

27        The *Objection to Allowance of Claim No. _____ [Claimant Name]* [ECF No.

28    _____] ("**Claim Objection**"), filed by reorganized debtor Guardian Fund, LLC ("**Guardian**

HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
775 786 7600

1

Fund" or "**Debtor**") under 11 U.S.C. § 502, and Fed. R. Bankr. P. 3003, 3007, and 9014, and Local Rule 3007, was duly noticed for a hearing on August 29, 2025, at 1:30 p.m. No opposition or response to the Claim Objection was timely filed, or if such opposition was filed, the Court has considered and overruled the opposition. The Court has considered the Claim Objection and finds that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding under 28 U.S.C. § 157(b)(2)(A). The Court further finds that the Debtor has established in the Claim Objection sufficient and just cause for the relief requested, and no further notice is needed. Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that the Claim Objection is sustained, and more specifically, Claim No. _____ ("**Claim**"), is allowed only in the amount of $_____, with $_____ treated as a Class _____ claim under Guardian Fund's confirmed Plan [ECF No. 1069], with any other Claim amounts disallowed entirely;

**IT IS FURTHER ORDERED** that this order is immediately effective and enforceable upon its entry; and

**IT IS FINALLY ORDERED** that this Court shall retain jurisdiction over all matters arising from or related to interpretation or implementation of this order.


Submitted by:

HARRIS LAW PRACTICE LLC


*/s/ Norma Guariglia*
_____
NORMA GUARIGLIA, ESQ.
Attorneys for Guardian Fund, LLC

HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
775 786 7600

2

## CERTIFICATION RE: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____   The court has waived the requirement of approval under LR 9021.

__X__   No party appeared at the hearing or filed an objection to the motion.

_____   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

_____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

Dated _____, 2025.

HARRIS LAW PRACTICE LLC

*/s/ Norma Guariglia*

_____
NORMA GUARIGLIA, ESQ.
Attorneys for Guardian Fund, LLC

# # #

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
775 786 7600

1

2

3

4

5

6

7    HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ. NVB 1463
Email: steve@harrislawreno.com
8    NORMA GUARIGLIA, ESQ. NVB 16244
Email: norma@harrislawreno.com
9    850 E. Patriot Blvd., Suite F
Reno, NV 89511
10   Telephone: (775) 786-7600
*Attorneys for Jointly Administered Debtors*

11

12

13                       UNITED STATES BANKRUPTCY COURT

14                        FOR THE DISTRICT OF NEVADA

15                                 * * * * *

16   IN RE:                                Case No.: BK-23-50177-hlb
                                           Case No.: BK-23-50233-hlb
17   GUARDIAN FUND, LLC,                   **Consolidated Under Case No. BK-23-50177-hlb**
                                           (Chapter 11)
18   ☒ AFFECTS THIS DEBTOR
                                           Jointly Administered with:
19
     ☐ AFFECTS GUARDIAN CV1, LLC
20                                         | 23-50951-hlb | Guardian CV1, LLC |
     ☐ AFFECTS GUARDIAN CV2, LLC           | 23-50952-hlb | Guardian CV2, LLC |
21
     ☐ AFFECTS ALL DEBTORS                 ***[PROPOSED]* ORDER SUSTAINING**
22                                         **DEBTOR'S OMNIBUS OBJECTION TO**
              Debtors.                     **ALLOWANCE OF CLASS 7A CLAIMS**
23                                         **[PART __]**

24                                         Hearing Date:  August 29, 2025
                                           Hearing Time:  1:30 p.m.
25

26   _____/

27       The *Omnibus Objection to Allowance of Class 7A Claims [Part ___]* [ECF No. _____]

28   ("**Claim Objection**"), filed by reorganized debtor Guardian Fund, LLC ("**Guardian Fund**" or

HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
775 786 7600

                                           1

"**Debtor**") under 11 U.S.C. § 502, and Fed. R. Bankr. P. 3003, 3007, and 9014, and Local Rule 3007, was duly noticed for a hearing on August 29, 2025, at 1:30 p.m. No opposition or response to the Claim Objection was timely filed, or if such opposition was filed, the Court has considered and overruled the opposition. The Court has considered the Claim Objection and finds that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding under 28 U.S.C. § 157(b)(2)(A). The Court further finds that the Debtor has established in the Claim Objection sufficient and just cause for the relief requested, and no further notice is needed. Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that the Claim Objection is sustained, and more specifically, the claims identified on **Exhibit A** attached hereto are disallowed entirely as claims against the Debtor, but the claimants shall retain their member interests in Guardian Fund as Class 7A equity interests in the proportional amounts set forth in the Debtor's confirmed Plan [ECF No. 1069];

**IT IS FURTHER ORDERED** that this order is immediately effective and enforceable upon its entry; and

**IT IS FINALLY ORDERED** that this Court shall retain jurisdiction over all matters arising from or related to interpretation or implementation of this order.


Submitted by:

HARRIS LAW PRACTICE LLC


*/s/ Norma Guariglia*
_____
NORMA GUARIGLIA, ESQ.
Attorneys for Guardian Fund, LLC

HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NEVADA 89511
775 786 7600

1

## <u>CERTIFICATION RE: RULE 9021</u>

2

3      In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

4      _____    The court has waived the requirement of approval under LR 9021.

5       X     No party appeared at the hearing or filed an objection to the motion.

6      _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

7

8

9      _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

10

11

12     Dated _____, 2025.

13                              HARRIS LAW PRACTICE LLC

14                              */s/ Norma Guariglia*

15                              _____
                               NORMA GUARIGLIA, ESQ.
16                              Attorneys for Guardian Fund, LLC

17                                    # # #

18

19

20

21

22

23

24

25

26

27

28