_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
August 29, 2025

_____

LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 1100
Reno, Nevada  89501
Telephone:   (775) 852-3900
Facsimile:    (775) 327-2011
Email:   lbubala@kcnvlaw.com

*Attorney for Creditors*
*Allerton Holdings, LLC*
*BXB Holdings, LLC-1937 Hamilton Ave. Series*
*BXB Holdings, LLC-212 S. Minnesota St. Series*
*BXB Holdings, LLC-511 E. Spear St. Series*
*Kenneth and Karen Degney*
*Gary Gilberg and Karyn Freested Family Trust*
*Gary Gilberg Directed Trust Company FBO Gary G.*
*Gilberg IRA*
*Pilgrim Remembrance Holdings, LLC*
*Heidi Thomas*
*Scott W. Wrye and Christine L. McAvoy*
*Cusia Dabir Trust dated November 16, 2014, and Sue-*
*Jen Sheu Living Trust dated November 21, 2014*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:<br><br>GUARDIAN FUND, LLC;<br><br>  X   AFFECTS THIS DEBTOR<br>___ AFFECTS GUARDIAN CV1, LLC<br>___ AFFECTS GUARDIAN CV2, LLC<br>___ AFFECTS ALL DEBTORS | Lead Case No. BK-23-50177-hlb<br>Case No.: BK-23-50233-hlb<br>**Consolidated Under**<br>**Case No. BK-23-50177-hlb**<br>(Chapter 11)<br><br>Jointly Administered with:<br>23-50951-hlb Guardian CV1, LLC<br>23-50952-hlb Guardian CV2, LL |

KAEMPFER
CROWELL

Page 1 of 2

| | |
|---|---|
| Debtors. | **ORDER GRANTING AMENDED STIPULATION TO CONTINUE HEARING ON OBJECTION TO CLAIMS**<br><br>~~Original Obj. Hearing Date: 8/29/25~~<br>~~Original Obj. Hearing Time: 1:30 p.m.~~<br><br>New Obj. Hearing Date: 9/26/25<br>New Obj. Hearing Time: 1:30 p.m. |

On August 29, 2025, Kaempfer Crowell, as counsel for the above parties, and Guardian Fund, LLC ("Guardian"), by and through counsel, filed the attached amended stipulation (Dkt. 1790) regarding changes to the hearings and schedules to address claim objections filed by Guardian. The Court, having reviewed the terms of the stipulation and finding good cause, GRANTS the stipulation.

IT IS SO ORDERED.

# # #

Submitted by:

Friday, August 29, 2025

KAEMPFER CROWELL

By: /s/ *Louis M. Bubala III*
Louis M. Bubala III

*Attorney for Creditors in Caption*

KAEMPFER CROWELL

# EXHIBIT 1

# EXHIBIT 1

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | LOUIS M. BUBALA III                                             |
|    | Nevada Bar No. 8974                                             |
| 2  | KAEMPFER CROWELL                                                |
|    | 50 W. Liberty Street, Suite 1100                                |
| 3  | Reno, Nevada   89501                                            |
|    | Telephone:   (775) 852-3900                                     |
| 4  | Facsimile:    (775) 327-2011                                    |
|    | Email:   lbubala@kcnvlaw.com                                    |

*Attorney for Creditors*
*Allerton Holdings, LLC*
*BXB Holdings, LLC-1937 Hamilton Ave. Series*
*BXB Holdings, LLC-212 S. Minnesota St. Series*
*BXB Holdings, LLC-511 E. Spear St. Series*
*Kenneth and Karen Degney*
*Gary Gilberg and Karyn Freested Family Trust*
*Gary Gilberg Directed Trust Company FBO Gary G. Gilberg IRA*
*Pilgrim Remembrance Holdings, LLC*
*Heidi Thomas*
*Scott W. Wrye and Christine L. McAvoy*
*Cusia Dabir Trust dated November 16, 2014, and*
*Sue-Jen Sheu Living Trust dated November 21, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Lead Case No. BK-23-50177-hlb |
|---|---|
| | Case No.: BK-23-50233-hlb |
| GUARDIAN FUND, LLC; | **Consolidated Under** |
| | **Case No. BK-23-50177-hlb** |
| _X_ AFFECTS THIS DEBTOR | (Chapter 11) |
| ___ AFFECTS GUARDIAN CV1, LLC | |
| ___ AFFECTS GUARDIAN CV2, LLC | Jointly Administered with: |
| ___ AFFECTS ALL DEBTORS | 23-50951-hlb Guardian CV1, LLC |
| | 23-50952-hlb Guardian CV2, LL |
| Debtors. | **AMENDED STIPULATION TO CONTINUE HEARING ON OBJECTION TO CLAIMS** |
| | Original Obj. Hearing Date: 8/29/25 |
| | Original Obj. Hearing Time: 1:30 p.m. |
| | Proposed New Obj. Hearing Date: 9/26/25 |
| | Proposed New Obj. Hearing Time: 1:30 p.m. |

KAEMPFER
CROWELL

Kaempfer Crowell, as counsel for the above parties, and Guardian Fund, LLC ("Guardian"), by and through counsel, stipulate as follows:

1. Guardian filed objections to the claims of the following parties represented by Kaempfer Crowell (collectively, the "Clients").

| Party | Claim(s) | Obj. Dkt. No. |
|---|---|---|
| Allerton Holdings, LLC | 401 | 1337 |
| BXB Holdings, LLC-1937 Hamilton Ave. Series | 389 | 1536 |
| BXB Holdings, LLC-212 S. Minnesota St. Series | 388 | 1532 |
| BXB Holdings, LLC-511 E. Spear St. Series | 386 | 1520 |
| Kenneth and Karen Degney | 398 and 400 | 1510 |
| Gary Gilberg and Karyn Freested Family Trust | 391 | 1316 |
| Gary Gilberg Directed Trust Company FBO Gary G. Gilberg IRA | 392 | 1321 |
| Pilgrim Remembrance Holdings, LLC | 404 | 1323 |
| Heidi Thomas | 407 | 1498 |
| Scott W. Wrye and Christine L. McAvoy | 199 | 1504 |
| Cusia Dabir Trust dated November 16, 2014 | 327 | 1261 |
| Sue-Jen Shue Living Trust dated November 21, 2014 | 335 | 1270 |

2. Clients disputed the objections and requested additional time to either further discuss the disputes with Guardian in hopes of reaching resolutions without further court involvement or to establish a schedule to address these matters substantively as a contested matter (Dkt. 1620).

3. Guardian filed a status report for the hearing on these objections, requesting the court schedule further evidentiary hearings (Dkt. 1766 at 4:7-9).

4. Guardian and Clients, by and through their counsel, agree and request the court approve the following schedule:

   a. The initial hearing on these claim objections shall be continued to 1:30 p.m., September 26, 2025.

   b. If Guardian and Clients resolve any of the objections before September 26, 2025, they will file a stipulation and proposed order with the Court regarding resolution for each specific claim objection that is resolved.

   c. For specific claim objections that are not readily resolvable, counsel shall work to establish a discovery and briefing schedule as a contested matter. Alternatively, in certain circumstances, the parties may file and proceed in an adversary proceeding that includes the issues in the claim objection, such that discovery, briefing and future hearings shall be conducted in the adversary and subject to the scheduling order in that proceeding.

| Friday, August 29, 2025 | MCDONALD CARANO LLP |
|---|---|
| KAEMPFER CROWELL | By: /s/Sallie B. Armstrong |
|  | Sallie B. Armstrong |
| By: /s/Louis M. Bubala III | |
| Louis M. Bubala III | HARRIS LAW PRACTICE LLC |
| *Attorneys for Creditors in Caption* | By: /s/Norma Guariglia |
|  | Norma Guariglia |
|  | *Attorneys for Guardian Fund, LLC* |