LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 1100
Reno, Nevada   89501
Telephone:   (775) 852-3900
Facsimile:    (775) 327-2011
Email:   lbubala@kcnvlaw.com

*Attorney for Creditors*
*Allerton Holdings, LLC*
*BXB Holdings, LLC-1937 Hamilton Ave. Series*
*BXB Holdings, LLC-212 S. Minnesota St. Series*
*BXB Holdings, LLC-511 E. Spear St. Series*
*Kenneth and Karen Degney*
*Gary Gilberg and Karyn Freested Family Trust*
*Gary Gilberg Directed Trust Company FBO Gary G. Gilberg*
*Pilgrim Remembrance Holdings, LLC*
*Cusia Dabir Trust dated November 16, 2014, and*
*Sue-Jen Sheu Living Trust dated November 21, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Lead Case No. 23-50177-hlb |
|---|---|
| | Case No.: 23-50233-hlb |
| GUARDIAN FUND, LLC; | **Consolidated Under** |
| | **Case No. 23-50177-hlb** |
| _X_ AFFECTS THIS DEBTOR | (Chapter 11) |
| ___ AFFECTS GUARDIAN CV1, LLC | |
| ___ AFFECTS GUARDIAN CV2, LLC | Jointly Administered with: |
| ___ AFFECTS ALL DEBTORS | 23-50951-hlb Guardian CV1, LLC |
| | 23-50952-hlb Guardian CV2, LL |
| | |
| Debtors. | **STIPULATION TO CONTINUE HEARING ON OBJECTION TO CLAIMS** |
| | |
| | *Hearing to be Vacated* |
| | Hearing Date: 9/26/25 |
| | Hearing Time: 1:30 p.m. |
| | |
| | *New Proposed Hearing* |
| | Hearing Date: 10/30/25 |
| | Hearing Time: 10:30 a.m. |

KAEMPFER

CROWELL

Kaempfer Crowell, as counsel for the above parties, and Guardian Fund, LLC ("Guardian"), by and through counsel, stipulate as follows:

1.  Guardian filed objections to the claims of the following parties represented by Kaempfer Crowell (collectively, the "Clients").

| Party | Claim(s) | Obj. Dkt. No. |
|---|---|---|
| Allerton Holdings, LLC | 401 | 1337 |
| BXB Holdings, LLC-1937 Hamilton Ave. Series | 389 | 1536 |
| BXB Holdings, LLC-212 S. Minnesota St. Series | 388 | 1532 |
| BXB Holdings, LLC-511 E. Spear St. Series | 386 | 1520 |
| Kenneth and Karen Degney | 398 and 400 | 1510 |
| Gary Gilberg and Karyn Freested Family Trust | 391 | 1316 |
| Gary Gilberg Directed Trust Company FBO Gary G. Gilberg IRA | 392 | 1321 |
| Pilgrim Remembrance Holdings, LLC | 404 | 1323 |
| Cusia Dabir Trust dated November 16, 2014 | 327 | 1261 |
| Sue Shue-Jen Living Trust | 335 | 1270 |

2.  Clients disputed the objections and requested additional time to either further discuss the disputes with Guardian in hopes of reaching resolutions without further court involvement or to establish a schedule to address these matters substantively as a contested matter (Dkt. 1620).

3.  Guardian filed a status report for the hearing on these objections, requesting the court schedule further evidentiary hearings (Dkt. 1766 at 4:7-9).

4.  An initial hearing was held August 29, 2025, and the hearing was continued to

September 26, 2025 (Dkt. 1792, Stipulated Order).

5. Guardian and Clients request that the claim objections filed against these Clients be removed from the Court's calendar of 1:30 p.m., September 29, 2025, and continued to 10:30 a.m., October 30, 2025, as Guardian has similar hearings already scheduled with the Court that date and time.

6. Clients shall file their substantive responses on or before October 16, 2025, and Guardian shall file any substantive reply on or before October 23, 2025.

7. Clients expressly reserve their rights, as provided under the law, to request the Court continuance or reschedule the briefing or hearing.

8. If Guardian and any Client reach a consensual resolution of the claim objection, they may file a stipulation and order resolving the dispute and vacating the October 30, 2025, hearing for the objection to that Client's claim.

| | |
|---|---|
| Friday, September 26, 2025 | HARRIS LAW PRACTICE LLC and MCDONALD CARANO LLP |
| | By:   /s/Norma Guariglia_____ <br> Norma Guariglia |
| | OR |
| | By:   /s/Sallie B. Armstrong_____ <br> Sallie B. Armstrong |
| | *Attorney for Guardian Fund, LLC* <br> *Either counsel may sign for Guardian Fund, LLC* |
| Friday, September 26, 2025 | KAEMPFER CROWELL |
| | By:        sw/s/Louis    M.    Bubala III_____ <br> Louis M. Bubala III |
| | *Attorneys for Creditors Listed in Caption* |

KAEMPFER
CROWELL