_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
September 26, 2025

_____

LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 1100
Reno, Nevada   89501
Telephone:   (775) 852-3900
Facsimile:    (775) 327-2011
Email:   lbubala@kcnvlaw.com

*Attorney for Creditors Heidi Thomas, and*
*Scott W. Wrye and Christine L. McAvoy*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Lead Case No. 23-50177-hlb<br>Case No.: 23-50233-hlb<br>**Consolidated Under**<br>**Case No. 23-50177-hlb**<br>(Chapter 11) |
|---|---|
| GUARDIAN FUND, LLC;<br><br>_X_  AFFECTS THIS DEBTOR<br>___ AFFECTS GUARDIAN CV1, LLC<br>___ AFFECTS GUARDIAN CV2, LLC<br>___ AFFECTS ALL DEBTORS<br><br>Debtors. | Jointly Administered with:<br>23-50951-hlb Guardian CV1, LLC<br>23-50952-hlb Guardian CV2, LL<br><br>**ORDER GRANTING STIPULATION TO REMOVE CLAIM OBJECTIONS FROM CALENDAR (DKT. 1498, THOMAS; DKT. 1504, MCAVOY/WRYE)**<br><br>*Hearing Vacated*<br>~~Hearing Date: 9/26/25~~<br>~~Hearing Time: 1:30 p.m.~~ |

KAEMPFER
CROWELL

Page 1 of 2

On September 26, 2025, Kaempfer Crowell, as counsel for the above parties, and Guardian Fund, LLC ("Guardian"), by and through counsel, filed the attached stipulation regarding changes to the hearings and schedules to address claim objections filed by Guardian. The Court, having reviewed the terms of the stipulation and finding good cause, **GRANTS** the stipulation.

**IT IS SO ORDERED.**

### #

Submitted by:

| | |
|---|---|
| Friday, September 26, 2025 | KAEMPFER CROWELL |
| | By: /s/Louis M. Bubala III |
| | Louis M. Bubala III |
| | *Attorneys for Creditors Heidi Thomas, and Scott W. Wrye and Christine L. McAvoy* |

| | |
|---|---|
| 1 | LOUIS M. BUBALA III |
| | Nevada Bar No. 8974 |
| 2 | KAEMPFER CROWELL |
| | 50 W. Liberty Street, Suite 1100 |
| 3 | Reno, Nevada  89501 |
| | Telephone:   (775) 852-3900 |
| 4 | Facsimile:     (775) 327-2011 |
| | Email:   lbubala@kcnvlaw.com |
| 5 | |
| | *Attorney for Creditors Heidi Thomas, and* |
| 6 | *Scott W. Wrye and Christine L. McAvoy* |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No. 23-50177-hlb |
| | Case No.: 23-50233-hlb |
| GUARDIAN FUND, LLC; | **Consolidated Under** |
| | **Case No. 23-50177-hlb** |
| _X_ AFFECTS THIS DEBTOR | (Chapter 11) |
| ___ AFFECTS GUARDIAN CV1, LLC | |
| ___ AFFECTS GUARDIAN CV2, LLC | Jointly Administered with: |
| ___ AFFECTS ALL DEBTORS | 23-50951-hlb Guardian CV1, LLC |
| | 23-50952-hlb Guardian CV2, LL |
| Debtors. | **STIPULATION TO REMOVE CLAIM OBJECTIONS FROM CALENDAR (DKT. 1498, THOMAS; DKT. 1504, MCAVOY/WRYE)** |
| | *Hearing to be Vacated* |
| | Hearing Date: 9/26/25 |
| | Hearing Time: 1:30 p.m. |

Kaempfer Crowell, as counsel for the above parties, and Guardian Fund, LLC ("Guardian"), by and through counsel, stipulate as follows:

1. Guardian filed objections to the claims of the following parties represented by Kaempfer Crowell (collectively, the "Clients").

| Party | Claim(s) | Obj. Dkt. No. |
|---|---|---|
| Heidi Thomas | 407 | 1498 |
| Scott W. Wrye and Christine L. McAvoy | 199 | 1504 |

2. Clients disputed the objections and requested additional time to either further discuss the disputes with Guardian in hopes of reaching resolutions without further court involvement or to establish a schedule to address these matters substantively as a contested matter (Dkt. 1620).

3. Guardian filed a status report for the hearing on these objections, requesting the court schedule further evidentiary hearings (Dkt. 1766 at 4:7-9).

4. An initial hearing was held August 29, 2025, and the hearing was continued to September 26, 2025 (Dkt. 1792, Stipulated Order).

5. Guardian intends to file complaints in adversaries proceedings with claims to collect from promissory notes between Guardian and each Client.

6. Guardian and Clients agree that the claim objections will be pursued in the adversary proceedings.

///

///

///

7. Guardian and Clients request that the claim objections filed against these Clients (Dkt. 1498, 1504) be removed from the Court's calendar (Dkt. 1792, Stipulated Order, 1:30 p.m., Sept. 29, 2025) pending the filing of the proposed adversary proceedings against each Client.

Friday, September 26, 2025

HARRIS LAW PRACTICE LLC and
MCDONALD CARANO LLP

By: /s/Norma Guariglia
Norma Guariglia

OR

By: /s/Sallie B. Armstrong
Sallie B. Armstrong

*Attorney for Guardian Fund, LLC*
*Either counsel may sign for Guardian Fund, LLC*

Friday, September 26, 2025

KAEMPFER CROWELL

By: /s/Louis M. Bubala III
Louis M. Bubala III

*Attorneys for Creditors Heidi Thomas, and Scott W. Wrye and Christine L. McAvoy*